**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| 80 Park Plaza Newark, NJ 07101 | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-2296 |
| ALVI PROPERTIES, LLC, | * | |
| 2702 Sabra Court Crofton, Maryland 21114 | * | |
| | * | |
| ARNOLD DEVELOPER ASSOCIATES, INC., | * | |
| 5108 Ridge Road Mt. Airy, Maryland 21771 | * | |
| | * | |
| BAUGHER ENTERPRISES, INC., | * | |
| 1236 Baugher Road Westminster, Maryland 21158 | * | |
| | * | |
| BRIGHTWELL LIVING TRUST DATED MAY 15, 2015, | * | |
| | * | |
| 12710 Jesse Smith Road Mt. Airy, Maryland 21771 | * | |
| BROADVIEW FARM, LLC, | * | |
| 1705 Uniontown Road Westminster, Maryland 21158 | * | |
| | * | |
| | * | |
| | * | |

BUSH CREEK CHURCH OF
BRETHREN OF MONROVIA,
FREDERICK COUNTY, MARYLAND

   \*

   \*

4821 Green Valley Road
Monrovia, Maryland 21770

   \*

   \*

CCE MONTGOMERY LAND, LLC,

   \*

9203 Stauffer Road
Walkersville, Maryland 21793

   \*

CLEMSON FARMS I, LLC,

   \*

2831 Buckeystown Pike
Adamstown, Maryland 21710

   \*

   \*

COPPER PENNY FARM PROPERTIES,
LLC,

   \*

2110 Pleasant View Road Unit D
Adamstown, Maryland 21710

   \*

   \*

EARTHMOVERS SOD FARM, LLC,

   \*

1919B Buckeystown Pike
Adamstown Maryland 21710

   \*

HATTERY FAMILY REVOCABLE
TRUST DATED APRIL 27, 2020,

   \*

   \*

7101 Woodville Road
Mt. Airy, Maryland 21771

   \*

HATTERY FARM, LLC,

   \*

7101 Woodville Road
Mt. Airy, Maryland 21771

   \*

   \*

JANE BLOSE SHAW REVOCABLE
LIVING TRUST DATED DECEMBER
5, 2023,

   \*

   \*

154 Rockland Road
Westminster, Maryland 21158

   \*

2

JOHANSSON FAMILY, LLC,                    *

1512 Honesty Drive                        *
Westminster, Maryland 21157
                                          *

JOHN DIXON WHITFIELD LIVING
TRUST DATED APRIL 27, 2021,               *

1113 Tibbetts Lane                        *
New Windsor, Maryland 21776
                                          *

KEEPIN UP BOTTOMS UP
IRREVOCABLE TRUST DATED                   *
OCTOBER 5, 2023,
                                          *

13701 Bottom Road
Mt. Airy, Maryland 21771                  *

LIPPY BROTHERS FARMS,                     *
A MARYLAND STATUTORY
TRUST                                     *

334 Lees Mills Road                       *
Hampstead, Maryland 21074
                                          *

NEW BEGINNING CHURCH OF
THE NAZARENE, INC.                        *

12350 Jesse Smith Road                    *
Mt. Airy, Maryland 21771
                                          *

R M A C TRUST SERIES 2016-CCT,
                                          *

5480 Laguna Canyon Road
Irvine, California 92618                  *

SNOUFFER FARM, LLC,                       *

2214A New Design Road                     *
Adamstown, Maryland 21710
                                          *

STAIR'S VALLEY HIGH FARMS, LLC,
                                          *

1735 Hughes Shop Road
Westminster, Maryland 21158               *

3

THE ANNA P. DAVIS REVOCABLE            *
CONVERTIBLE TRUST
AGREEMENT,                             *

4029 Tabler Road                       *
Frederick, Maryland 21701
                                       *

THE DANIEL B. STRICKLER
LIVING TRUST,                          *

542 Roops Mill Road                    *
Westminster, Maryland 21158
                                       *

THE ESTATE OF AMOS DENSLOW
FAUX-BURHANS, IV,                      *

20202 American Way,                    *
Hagerstown, Maryland 21742
                                       *

THE GERALDINE O. DECKERT
REVOCABLE TRUST CREATED                *
JULY 15, 2021,
                                       *

15433 Oak Orchard Road
New Windsor, Maryland 21776            *

THE HUMERICK FAMILY REVOCABLE *
LIVING TRUST AGREEMENT
DATED AUGUST 23, 2018,                 *

3128 Park Mills Road                   *
Adamstown, Maryland 21710
                                       *

THE JOHN ALLDER KABLE TRUST,
BY AGREEMENT, DATED                    *
SEPTEMBER 9, 2016,
                                       *

159 Ruth Shriver Road
Westminster, Maryland 21158            *

THE MARSHALL DAVIS, JR.                *
CONVERTIBLE REVOCABLE
TRUST AGREEMENT,                       *

4029 Tabler Road                       *
Frederick, Maryland 21704

4

THE MATA L. MURPHY REVOCABLE        *
TRUST U/A/D AUGUST 9, 2022,

                                    *

3140 Park Mills Road
Adamstown, Maryland 21710           *

THE MEANS FAMILY REVOCABLE          *
TRUST, DATED JANUARY 27, 1998,
F/B/O JOHN W. MEANS, SR. AND        *
MILDRED JEANS MEANS,

                                    *

1518 Hughes Shop Road
Westminster, Maryland 21158         *

THE RICHARD P. MURPHY               *
REVOCABLE TRUST AGREEMENT
U/A/D AUGUST 9, 2022,               *

3140 Park Mills Road                *
Adamstown, Maryland 21710

                                    *

THE ROBIN SMITH KABLE TRUST,
BY AGREEMENT, DATED SEPTEMBER       *
9, 2016,

                                    *

159 Ruth Shriver Road
Westminster, Maryland 21158         *

THE RULA NADER HANI REVOCABLE       *
LIVING TRUST,

                                    *

3154 Flint Hill Road
Adamstown, Maryland 21710           *

TRUST CREATED UNDER THE             *
LAST WILL AND TESTAMENT
OF DAVID S. GAVER,                  *

12020 Old National Pike             *
New Market, Maryland 21774

                                    *

TSERHA TSION MENFES KIDUS
CHURCH AND MERAFE KIDUSAN           *
KIDIST ARSEMA ANDINET
MONASTERY,                          *

5

2239 Bachman Valley Road                    *
Manchester, Maryland 21102

                                            *

WAKEFIELD VALLEY ACRES, LLC,

                                            *

2117 Old New Windsor Pike
New Windsor, Maryland 21776                 *

WAKEFIELD VALLEY MANOR, LLC,                *

1300 Wakefield Valley Road                  *
New Windsor, Maryland 21776

                                            *

WAKEFIELD VALLEY ROAD, LLC,

                                            *

923 Ruby Court
Westminster, Maryland 21158                 *

W.C. HELFRICH FARMING, LLC,                 *

15435 Falls Road,                           *
Sparks, Maryland

                                            *

AARON KRUG,

                                            *

1350 Harveys Drive
Westminster, Maryland 21158                 *

AMANDA GREEN,                               *

1107 Slingluff Road                         *
New Windsor, Maryland 21776

                                            *

AMANDA KRUG,

                                            *

1350 Harveys Drive
Westminster, Maryland 21158                 *

AMANDA KRUMRINE,                            *

1300 Tibbetts Lane                          *
New Windsor, Maryland 21776

                                            *

ALICIA WEINRICH,

                                            *

6

14791 Black Ankle Road                *
Mt. Airy, Maryland 21771

                                      *

ANDREW TEIMOURIAN,                    *

18608 Windsor Forest Road             *
Mt. Airy, Maryland 21771

                                      *

ANNIE MARTIN,                         *

3407 Sams Creek Road                  *
New Windsor, Maryland 21776

                                      *

ANTHONY F. LAZAREWICZ,                *

10123 Ivybridge Circle                *
Louisville, Kentucky 40241

BARBARA A. WILCOM,                    *

3940 Tabler Road                      *
Frederick, Maryland 21704

                                      *

BARBARA H. HORTON,                    *

14908 Liberty Road                    *
Mt. Airy, Maryland 21771

BENJAMIN MILLER,                      *

1711 Hughes Shop Road                 *
Westminster, Maryland 21158

                                      *

BENJAMIN TYLER FOELL,                 *

12730 Knoll Road                      *
Mt. Airy, Maryland 21771

BEVERLY GALLAGHER,                    *

3513 Torrington Drive                 *
Manchester, Maryland 21102

                                      *

BRENDA DERR,                          *

                                      *

7

1201 Old Fridinger Mill Road        *
Westminster, Maryland 21157

                                    *

BRENDA LEE JOHNSON,

                                    *

505 Bloomingdale Avenue
Catonsville, Maryland 21228         *

BRENDAN GALLAGHER,                  *

3513 Torrington Drive               *
Manchester, Maryland 21102

                                    *

BRETT CONDON,

                                    *

653 Old New Windsor Pike
Westminster, Maryland 21157         *

BRIAN HANNAH,                       *

407 Dotsie Drive                    *
Westminster, Maryland 21158

                                    *

BRYAN MACK,

                                    *

12736 Knoll Road
Mt. Airy, Maryland 21771            *

CATHERINE VIRTZ,                    *

144 Rockland Road                   *
Westminster, Maryland 21158

                                    *

CORA LARUE WHITE,

                                    *

505 Bloomingdale Avenue
Catonsville, Maryland 21228         *

CORTNEY DAVIS,                      *

69 West Green Street                *
Westminster, Maryland 21157

                                    *

CHARLES GARDETTO,

                                    *

2231 Ballenger Creek Pike                          *
Adamstown, Maryland 21710
                                                   *
CHARLES GREEN,
                                                   *
1107 Slingluff Road
New Windsor, Maryland 21776                         *

CHARLES J. DORMAN,                                  *

13220 Old Annapolis Road                            *
Mt Airy, Maryland 21771
                                                   *
CHARLES TANSILL,
                                                   *
1700 Indian Valley Trail
Westminster, Maryland 21158                          *

DAPHNE L. HENESY,                                   *

12932C Jesse Smith Road                             *
Mt. Airy, Maryland 21771
                                                   *
DARRYL E. WHIMS,
                                                   *
3012 Flint Hill Road
Adamstown, Maryland 21710                            *

DAVID BOLLINGER,                                    *

50 Bachman Valley Road                              *
Westminster, Maryland 21158
                                                   *
DAVID E. TAGGART,
                                                   *
2646 Park Mills Road
Adamstown, Maryland 21710                            *

DAVID KING,                                         *

254 Mt. Airy Road                                   *
New Providence, Pennsylvania 17560
                                                   *
DAVID N. KLEIN, JR.,
                                                   *

9

14416 Harrisville Road                    *
Mt. Airy, Maryland 21771
                                          *
DAVID NAILL,
                                          *
7895 Talbot Run Road
Mt. Airy, Maryland 21771                  *

DAVID NELSON MYERS,                       *

15203 Oak Orchard Road                    *
New Windsor, Maryland 21776
                                          *
DAVID ROSS BRINKLEY,
                                          *
1618 Rising Ridge Road
Mt. Airy, Maryland 21771                  *

DAVID STAIR,                              *

1727 Hughes Shop Road                     *
Westminster, Maryland 21158
                                          *
DEBORAH D. SMITH,
                                          *
12730 Jesse Smith Road
Mt. Airy, Maryland 21771                  *

DEBORAH J. SPECHT,                        *

3002b Flint Hill Road                     *
Adamstown, Maryland 21710
                                          *
DIANNE L. ROSE,
                                          *
13232 Old Annapolis Road
Mt. Airy, Maryland 21771                  *

DONNA L. DORMAN,                          *

13220 Old Annapolis Road                  *
Mt Airy, Maryland 21771
                                          *
DOROTHY PETRY BRYANT,
                                          *

10

1634 Hughes Shop Road
Westminster, Maryland 21158                    *

                                               *

DOUGLAS B. TESDAHL,

                                               *

7929 Talbot Run Road
Mt. Airy, Maryland 21771                        *

DOUGLAS NAILL,                                  *

7895 Talbot Run Road                            *
Mt. Airy, Maryland 21771

                                               *

EARL W. MATLOCK, JR.,

                                               *

14527 Peddicord Road
Mt. Airy, Maryland 21771                         *

ELIAS SAID HANI,                                *

3154 Flint Hill Road                            *
Adamstown, Maryland 21710

                                               *

ELINOR M. ABRELL,

                                               *

2222 Pleasant View Road
Adamstown, Maryland 21710                        *

ELIZABETH GASSMAN,                              *

1634 Hughes Shop Road                           *
Westminster, Maryland 21158

                                               *

ELIZABETH I. VAN LOWE,

                                               *

9708 Inaugural Way
Gaithersburg, Maryland 20886                     *

ELIZABETH M. BIRRER,                            *

14810 Black Ankle Road                          *
Mt. Airy, Maryland 21771

                                               *

ELIZABETH SMITH,

                                               *

4865 Melody Lane
Manchester, Maryland 21102

&ast;

&ast;

ELIZABETH T. WERNER,

&ast;

13234 Old Annapolis Road
Mt. Airy, Maryland 21771

&ast;

ELLEN M. GARST,

&ast;

9203 Stauffer Road
Walkersville, Maryland 21793

&ast;

&ast;

ELTON C. FLANERY, JR.,

&ast;

7458 Old Woods Court
Springboro, Maryland 45066

&ast;

ERIK BRANDON SEALOVER,

&ast;

1815 Connolly Drive
Westminster, Maryland 21158

&ast;

&ast;

EVELYN GAVER,

&ast;

12020 Old National Pike
New Market, Maryland 21774

&ast;

FRANCIS ANN DAVISON,

&ast;

1700 Indian Valley Trail
Westminster, Maryland 21158

&ast;

&ast;

FRANK P. MORAN,

&ast;

3002A Flint Hill Road
Adamstown, Maryland 21710

&ast;

FRANKLIN VLECK, JR.,

&ast;

1710 Wakefield Valley Road
New Windsor, Maryland 21776

&ast;

&ast;

GABRIEL E. LAWSON,

&ast;

12

3708 Blueberry Drive
Monrovia, Maryland 21770

&ast;

&ast;

GREG STULL,

&ast;

3626 Lineboro Road
Lineboro, Maryland 21102

&ast;

HEIDI TENEBAUM,

&ast;

3626 Lineboro Road
Lineboro, Maryland 21102

&ast;

&ast;

HILDA M. MCPHERSON,

&ast;

13231 Old Annapolis Road
Mt. Airy, Maryland 21771

&ast;

JAMES D. WERNER,

&ast;

13234 Old Annapolis Road
Mt. Airy, Maryland 21771

&ast;

&ast;

JAMES G. AVERILL,

&ast;

12610 Jesse Smith Road
Mt. Airy, Maryland 21771

&ast;

JAMES R. GREEN,

&ast;

3300 Sams Creek Road
New Windsor, Maryland 21776

&ast;

&ast;

JAMIL AZAT,

&ast;

3154 Flint Hill Road
Adamstown, Maryland 21710

&ast;

JANE LIPPY,

&ast;

200 Lees Mill Road
Hampstead, Maryland 21074

&ast;

&ast;

JARED STICKLEY,

&ast;

13

7805 Horseshoe Court
Frederick, Maryland 21701

*

*

JAY WEINRICH,

*

14791 Black Ankle Road
Mt. Airy, Maryland 21771

*

JOAN H. BAILE,

*

1827 Old New Windsor Pike
New Windsor, Maryland 21776

*

*

JOAN LEWIS,

*

1237 Old Taneytown Road
Westminster, Maryland 21158

*

JOHANNA M. SPRINGSTON,

*

8101 Fingerboard Road
Frederick, Maryland 21704

*

*

JOHN ADAM ROSE,

*

13232 Old Annapolis Road
Mt. Airy, Maryland 21771

*

JOHN ANDREW WHITFIELD,

*

1113 Tibbetts Lane
New Windsor, Maryland 21776

*

*

JOHN DAVIS,

*

69 West Green Street
Westminster, Maryland 21157

*

JOHN FISHER,

*

2444 Old Bachmans Valley Road
Westminster, Maryland 21157

*

*

JOHN LEANNARDA,

*

3480 Sams Creek Road

14

New Windsor, Maryland 21776                          *

JOHN NAILL,                                          *

7895 Talbot Run Road                                *
Mt. Airy, Maryland 21771
                                                    *

JON CHARLES HOLMES,                                 *

15520 Oak Orchard Road                              *
New Windsor, Maryland 21776

JON P. MCINTYRE,                                    *

12730 Jesse Smith Road                              *
Mt. Airy, Maryland 21771
                                                    *

JONATHAN KRUMRINE,                                  *

1300 Tibbetts Lane                                  *
New Windsor, Maryland 21776

JOY BOLLINGER,                                      *

879 Pleasant Valley Road                            *
Westminster, Maryland 21158
                                                    *

KATHY JEAN WHITFIELD,                              *

1113 Tibbetts Lane                                  *
New Windsor, Maryland 21776

KELLYANN ELIZABETH SYKORA,                          *

808 Ellis Road                                     *
Mt. Airy, Maryland 21771
                                                    *

KENNETH M. KEYES,                                   *

10102 Fingerboard Road                              *
Ijamsville, Maryland 21754

LAURA ELIZABETH COLVIN,                             *

1815 Connolly Drive                                *
Westminster, Maryland 21158

15

LESLIE E. DEERING,                                    *

                                                      *
3480 Sams Creek Road
New Windsor, Maryland 21776                           *

LETICIA P. MORAN,                                     *

3002A Flint Hill Road                                 *
Adamstown, Maryland 21710
                                                      *
LINDA B. TESDAHL,
                                                      *
7929 Talbot Run Road
Mt. Airy, Maryland 21771                              *

LISA V. GAVER,                                        *

12020 Old National Pike                               *
New Market, Maryland 21774
                                                      *
LORETTA WRIGHT,
                                                      *
815 Wakefield Valley Road
New Windsor, Maryland 21776                           *

LUKE TANNER MITCHELL,                                 *

13801 Glissans Mill Road                              *
Mt. Airy, Maryland 21771
                                                      *
MARIA TERESA MYERS,
                                                      *
15203 Oak Orchard Road
New Windsor, Maryland 21776                           *

MARJORIE SCHROEDER,                                   *

4223 Ijamsville Road                                  *
Ijamsville, Maryland 21754
                                                      *
MARK D. SPRINGSTON,
                                                      *
8101 Fingerboard Road
Frederick, Maryland 21704                             *

16

MARY BARR JOHNSON,                          *

4823 Tilden Street Northwest                *
Washington, District of Columbia 20016
                                            *

MARY HERSHELMAN,                            *

10123 Ivybridge Circle,                     *
Louisville, Kentucky 40241

MARY E. TAGGART,                            *

2646 Park Mills Road                        *
Adamstown, Maryland 21710
                                            *

MARY M. FLANERY,                            *

7458 Old Woods Court                        *
Springboro, Maryland 45066

MATTHEW D. MORAN,                           *

3002A Flint Hill Road                       *
Adamstown, Maryland 21710
                                            *

MAUREEN ELIZABETH HOLMES,
                                            *

15520 Oak Orchard Road                      *
New Windsor, Maryland 21776

MELISSA NOTTINGHAM,                         *

1241 Old Taneytown Road                     *
Westminster, Maryland 21158
                                            *

MELVIN E. BAILE,
                                            *

1827 Old New Windsor Pike                   *
New Windsor, Maryland 21776

MICHAEL DAVID GAVER,                        *

12020 Old National Pike                     *
New Market, Maryland 21774
                                            *

MICHAEL GASSMAN,

17

*

1634 Hughes Shop Road
Westminster, Maryland 21158                    *

MICHAEL J. BIRRER,                             *

14810 Black Ankle Road                         *
Mt. Airy, Maryland 21771
                                               *
MICHAEL PAUL HARMON,
                                               *
1010 Tracy Meadows Drive
Westminster, Maryland 21158                    *

MICHAEL LANEY,                                 *

14865 Oak Orchard Road                         *
New Windsor, Maryland 21776
                                               *
MICHAEL SMITH,
                                               *
4865 Melody Lane
Manchester, Maryland 21102                     *

MICHELLE LANEY,                                *

14865 Oak Orchard Road                         *
New Windsor, Maryland 21776
                                               *
MOLLIE LYNN RADONOVICH,
                                               *
4029 Tabler Road
Frederick, Maryland 21704                      *

NANCY FISHER,                                  *

2444 Old Bachmans Valley Road                  *
Westminster, Maryland 21157
                                               *
NANCY GARDETTO,
                                               *
2231 Ballenger Creek Pike
Adamstown, Maryland 21710                      *

NIDA'A AZAT,                                   *

18

3154 Flint Hill Road
Adamstown, Maryland 21710

NILDA S. RIVERA FELICIANO,

627 Pelican Avenue
Gaithersburg, Maryland 20878

NUALA C. EBY,

4330 Prices Distillery Road
Ijamsville, Maryland 21754

PAOLO NOTTINGHAM,

1241 Old Taneytown Road
Westminster, Maryland 21158

PATRICIA ANN PHARES,

23430 Chandler Court
Hollywood, Maryland 20636

PATRICK P. MORAN,

3002A Flint Hill Road
Adamstown, Maryland 21710

PAUL CRONE,

1700 Indian Valley Trail
Westminster, Maryland 21158

PAUL VIRTZ,

144 Rockland Road
Westminster, Maryland 21158

PETER B. JOHNSON,

4823 Tilden Street Northwest
Washington, District of Columbia 20016

R. EILEEN RICE,

9501 Ball Road

Ijamsville, Maryland 21754                    *

RACHEL KING,                                  *

254 Mt. Airy Road                             *
New Providence, Pennsylvania 17560
                                              *
RALPH L. NAILL, JR.,
                                              *
7895 Talbot Run Road
Mt. Airy, Maryland 21771                       *

RALPH THOMAS PROPHET,                          *

850 Bachmans Valley Road                       *
Westminster, Maryland 21158
                                              *
RANDY BACHTEL,
                                              *
1439 Old Taneytown Road
Westminster, Maryland 21158                    *

RANDY STAIR,                                   *

1735 Hughes Shop Road                          *
Westminster, Maryland 21158
                                              *
RAYMOND ISAAC BUFFINGTON,
                                              *
7040 Woodville Road
Mt. Airy, Maryland 21771                       *

RICHARD B. EBY,                                *

4330 Prices Distillery Road                    *
Ijamsville, Maryland 21754
                                              *
ROBERT CURTIS WHITE,
                                              *
505 Bloomingdale Avenue
Catonsville, Maryland 21228                    *

ROBERT E. KERNS,                               *

2646 Park Mills Road                           *
Adamstown, Maryland 21710

20

&ast;

ROBERT S. WILCOM,

&ast;

3940 Tabler Road
Frederick, Maryland 21704                    &ast;

ROGER WRIGHT,                                 &ast;

815 Wakefield Valley Road                     &ast;
New Windsor, Maryland 21776
&ast;

ROLAND MANN,                                  &ast;

879 Pleasant Valley Road                      &ast;
Westminster, Maryland 21158

ROSEMARIE K. LAWSON,                          &ast;

3708 Blueberry Drive                          &ast;
Monrovia, Maryland 21770
&ast;

SANDRA MARTIN,                                &ast;

1735 Hughes Shop Road                         &ast;
Westminster, Maryland 21158

SARAH DAWN GALLAGHER,                         &ast;

3513 Torrington Drive                         &ast;
Manchester, Maryland 21102
&ast;

SHANE MARTIN,                                 &ast;

3407 Sams Creek Road                          &ast;
New Windsor, Maryland 21776

SHEILA D. BUFFINGTON,                         &ast;

7040 Woodville Road                           &ast;
Mt. Airy, Maryland 21771
&ast;

SHIRLEY J. EVANS,                             &ast;

2574 Thompson Drive
Marriottsville, Maryland 21104                &ast;

21

STEVEN M. KURDZIOLEK,                    *

12932C Jesse Smith Road                  *
Mt. Airy, Maryland 21771
                                         *
STEPHEN LEE PHARES,
                                         *
23430 Chandler Court
Hollywood, Maryland 20636                *

STEPHEN SCHROEDER,                       *

4223 Ijamsville Road                     *
Ijamsville, Maryland 21754
                                         *
STEPHEN WAYNE SPECHT,
                                         *
3002b Flint Hill Road
Adamstown, Maryland 21710                *

STUART H. GARST,                         *

9203 Stauffer Road                       *
Walkersville, Maryland 21793
                                         *
SUSAN BACHTEL,
                                         *
1439 Old Taneytown Road
Westminster, Maryland 21158              *

SUZANNAH B. MORAN,                       *

3002A Flint Hill Road                    *
Adamstown, Maryland 21710
                                         *
SUZANNE GOMBA-MACK,
                                         *
12736 Knoll Road
Mt. Airy, Maryland 21771                 *

TAMMY L. NAILL,                          *

7895 Talbot Run Road                     *
Mt. Airy, Maryland 21771
                                         *
TERRI S. CRAIN,

22

                                                    *

3002A Flint Hill Road
Adamstown, Maryland 21710                           *

THOMAS CRONE,                                       *

1700 Indian Valley Trail
Westminster, Maryland 21158                         *

                                                    *

TITUS STICKLEY,                                     *

7805 Horseshoe Court
Frederick, Maryland 21701                           *

TRACY H. HARMON,                                    *

1010 Tracy Meadows Drive
Westminster, Maryland 21158                         *

                                                    *

VANESSA VLECK,                                      *

1710 Wakefield Valley Road
New Windsor, Maryland 21776                         *

VERA THORNHILL,                                     *

10323 Riverside Drive
Powellville, Ohio 43065                             *

                                                    *

VICTORIA A. SHAW,                                   *

10123 Ivybridge Circle
Louisville, Kentucky 40241                          *

VICTORIA ISAAC,                                     *

407 Dotsie Drive
Westminster, Maryland 21158                         *

                                                    *

WHITNEY MILLER,                                     *

1711 Hughes Shop Road
Westminster, Maryland 21158                         *

WILLARD WILLIAM HORTON, JR.,                        *

23

14908 Liberty Road                              *
Mt. Airy, Maryland 21771
                                                *
WILLIAM B. EVANS,
                                                *
2574 Thompson Drive
Marriottsville, Maryland 21104                  *

WILLIAM RICHARD SYKORA,                         *

808 Ellis Road                                  *
Mt. Airy, Maryland 21771
                                                *
        Respondents.

*       *       *       *       *       *       *       *       *       *       *       *       *

## PETITION FOR INJUNCTIVE RELIEF TO OBTAIN TEMPORARY ACCESS TO SUBJECT PROPERTIES FOR PERFORMING NON-INVASIVE FIELD SURVEYS PURSUANT TO MD. CODE ANN., REAL PROPERTY § 12-111

Petitioner, PSEG Renewable Transmission LLC ("PSEG Renewable Transmission," the "Company," or the "Petitioner"), pursuant to Md. Code Ann., Real Property ("RP") § 12-111, seeks an order authorizing the Company to enter onto property owned by Respondents Alvi Properties, LLC; Arnold Developer Associates, Inc.; Baugher Enterprises, Inc.; Brightwell Living Trust Dated May 15, 2015; Broadview Farm, LLC; Bush Creek Church of Brethren of Monrovia, Frederick County, Maryland; CCE Montgomery Land, LLC; Clemson Farms I, LLC; Copper Penny Farm Properties, LLC; Earthmovers Sod Farm, LLC; Hattery Family Revocable Trust Dated April 27, 2020; Hattery Farm, LLC; Jane Blose Shaw Revocable Living Trust Dated December 5, 2023; Johansson Family, LLC; John Dixon Whitfield Living Trust Dated April 27, 2021; Keepin Up Bottoms Up Irrevocable Trust Dated October 5, 2023; Lippy Brothers Farms, A Maryland Statutory Trust; New Beginning Church of The Nazarene, Inc.; R M A C Trust Series 2016-CCT; Snouffer Farm, LLC; Stair's Valley High Farms, LLC; The Anna P. Davis Revocable Convertible Trust Agreement; The Daniel B. Strickler Living Trust; The Estate of Amos Denslow

24

Faux-Burhans IV; The Geraldine O. Deckert Revocable Trust Created July 15, 2021; The Humerick Family Revocable Living Trust Agreement Dated August 23, 2018; The John Allder Kable Trust, By Agreement, Dated September 9, 2016; The Marshall Davis, Jr. Convertible Revocable Trust Agreement; The Mata L. Murphy Revocable Trust U/A/D August 9, 2022; The Means Family Revocable Trust, Dated January 27, 1998, F/B/O John W. Means, Sr. and Mildred Jeans Means; The Richard P. Murphy Revocable Trust Agreement U/A/D August 9, 2022; The Robin Smith Kable Trust, By Agreement, Dated September 9, 2016; The Rula Nader Hani Revocable Living Trust; Trust Created Under the Last Will and Testament of David S. Gaver; Tserha Tsion Menfes Kidus Church and Merafe Kidusan Kidist Arsema Andinet Monastery; Wakefield Valley Acres, LLC; Wakefield Valley Manor, LLC; Wakefield Valley Road, LLC; W.C. Helfrich Farming, LLC; Aaron Krug; Amanda Green; Amanda Krug; Amanda Krumrine; Alicia Weinrich; Andrew Teimourian; Annie Martin; Anthony F. Lazarewicz; Barbara A. Wilcom; Barbara H. Horton; Benjamin Miller; Benjamin Tyler Foell; Beverly Gallagher; Brenda Derr; Brenda Lee Johnson; Brendan Gallagher; Brett Condon; Brian Hannah; Bryan Mack; Catherine Virtz; Cora Larue White; Cortney Davis; Charles Gardetto; Charles Green; Charles J. Dorman; Charles Tansill; Daphne L. Henesy; Darryl E. Whims; David Bollinger; David E. Taggart; David King; David N. Klein, Jr.; David Naill; David Nelson Myers; David Ross Brinkley; David Stair; Deborah D. Smith; Deborah J. Specht; Dianne L. Rose; Donna L. Dorman; Dorothy Petry Bryant; Douglas B. Tesdahl; Douglas Naill; Earl W. Matlock, Jr.; Elias Said Hani; Elinor M. Abrell; Elizabeth Gassman; Elizabeth I. Van Lowe; Elizabeth M. Birrer; Elizabeth Smith; Elizabeth T. Werner; Ellen M. Garst; Elton C. Flanery, Jr.; Erik Brandon Sealover; Evelyn Gaver; Francis Ann Davison; Frank P. Moran; Franklin Vleck, Jr.; Gabriel E. Lawson; Greg Stull; Heidi Tenebaum; Hilda M. McPherson; James D. Werner; James G. Averill; James R. Green; Jamil Azat; Jane

Lippy; Jared Stickley; Jay Weinrich; Joan H. Baile; Joan Lewis; Johanna M. Springston; John Adam Rose; John Andrew Whitfield; John Davis; John Fisher; John Leannarda; John Naill; Jon Charles Holmes; Jon P. McIntyre; Jonathan Krumrine; Joy Bollinger; Kathy Jean Whitfield; Kellyann Elizabeth Sykora; Kenneth M. Keyes; Laura Elizabeth Colvin; Leslie E. Deering; Leticia P. Moran; Linda B. Tesdahl; Lisa V. Gaver; Loretta Wright; Luke Tanner Mitchell; Maria Teresa Myers; Marjorie Schroeder; Mark D. Springston; Mary Barr Johnson; Mary Hershelman; Mary E. Taggart; Mary M. Flanery; Matthew D. Moran; Maureen Elizabeth Holmes; Melissa Nottingham; Melvin E. Baile; Michael David Gaver; Michael Gassman; Michael J. Birrer; Michael Paul Harmon; Michael Laney; Michael Smith; Michelle Laney; Mollie Lynn Radonovich; Nancy Fisher, Nancy Gardetto; Nida'a Azat; Nilda S. Rivera Feliciano; Nuala C. Eby; Paolo Nottingham; Patricia Ann Phares; Patrick P. Moran; Paul Crone; Paul Virtz; Peter B. Johnson; R. Eileen Rice; Rachel King; Ralph L. Naill, Jr.; Ralph Thomas Prophet; Randy Bachtel; Randy Stair; Raymond Isaac Buffington; Richard B. Eby; Robert Curtis White; Robert E. Kerns; Robert S. Wilcom; Roger Wright; Roland Mann; Rosemarie K. Lawson; Sandra Martin; Sarah Dawn Gallagher; Shane Martin; Sheila D. Buffington; Shirley J. Evans; Steven M. Kurdziolek; Stephen Lee Phares; Stephen Schroeder; Stephen Wayne Specht; Stuart H. Garst; Susan Bachtel; Suzannah B. Moran; Suzanne Gomba-Mack; Tammy L. Naill; Terri S. Crain; Thomas Crone; Titus Stickley; Tracy H. Harmon; Vanessa Vleck; Vera Thornhill; Victoria A. Shaw; Victoria Isaac; Whitney Miller; Willard William Horton, Jr.; William B. Evans; and William Richard Sykora (individually, "Respondent," and collectively, "Respondents").

### Nature of the Action

1.      PJM Interconnection, LLC ("PJM"), the independent regional transmission organization approved and regulated by the Federal Regulatory Energy Commission ("FERC"),

26

coordinates the transmission of electricity through all or parts of a 13-state region that includes Delaware, Illinois, Indiana, Kentucky, Michigan, New Jersey, North Carolina, Ohio, Pennsylvania, Tennessee, Virginia, West Virginia, the District of Columbia, as well as Maryland. Among other things, PJM is responsible for maintaining a safe and reliable electric transmission system in that region.  In accordance with the authority granted to it by FERC, PJM has directed the Company to construct an approximately 67-mile 500 kilovolt ("kV") transmission line that will traverse portions of Baltimore, Carroll, and Frederick Counties.  The project is known as the Maryland Piedmont Reliability Project ("MPRP").  The MPRP is needed to prevent serious reliability violations from occurring on the region's electric grid.  Specifically, PJM forecasts that the regional transmission system could experience blackouts and voltage collapse conditions unless the MPRP is constructed by June of 2027.  As a result, PJM and the Company have executed a Designated Entity Agreement ("DEA"), which has been accepted by FERC and obligates the Company to take reasonable efforts to ensure that it obtains all necessary authorizations and permits to construct and place the MPRP in service by June 1, 2027.  To meet the June 1, 2027 in service deadline, the Company must begin constructing the MPRP by the first quarter of 2026.

2.      To meet these obligations, on December 31, 2024, the Company filed an application for a Certificate of Public Convenience and Necessity ("CPCN") with the Maryland Public Service Commission (the "PSC").  The PSC is the state agency with siting authority over the alignment and construction of transmission lines in Maryland.  The Company's application is now pending as Case No. 9773 before the PSC.  The proposed route for the MPRP, as contained in the Company's CPCN application, traverses properties owned by Respondents (the "Subject Properties").

3.    The Power Plant Research Program ("PPRP") is a division of Maryland Department of Natural Resources ("DNR").  PPRP's statutory duty in CPCN proceedings is to analyze on behalf of several Maryland state agencies (the "State Agencies") the environmental and socioeconomic impacts of proposed electric generation stations and high voltage transmission lines.  *See* Md. Code Ann., Nat. Res. ("NR") § 3-306.  Following this analysis, PPRP makes a recommendation to the PSC regarding the proposed alignment and its impacts.  To conduct its evaluation of the environmental issues associated with the MPRP, the State Agencies, through PPRP, are requiring that the Company conduct several field measured surveys and obtain environmental information from applicable properties, including those owned by Respondents, along the proposed route for the MPRP.  Specifically, the State Agencies are requiring certain field-based investigations associated with the Subject Properties be obtained, including: field surveys, wetlands delineations, forest stand delineations, and inspections relating to the possible disturbance to sensitive species of concern and resources of historic value that the transmission line might cause.  In order to meet PJM's in-service deadline, these surveys must be completed as soon as possible.

4.    Despite the Company's real and bona fide efforts to obtain Respondents' voluntary consent to enter their properties, Respondents refused permission to the Company to enter their properties for the limited purpose of conducting these field surveys that the State Agencies are requiring to evaluate any potential environmental impacts of the proposed MPRP.  As a result, the Company seeks an order pursuant to RP § 12-111 so that it may enter Respondents' properties, conduct the requisite surveys and inspections, and obtain the information required by the State Agencies in order for PPRP to submit its recommendation to the PSC regarding the CPCN.

**Parties**

28

5. Petitioner, PSEG Renewable Transmission, is a transmission development company. It is a Delaware limited liability company with its principal place of business located at 80 Park Plaza, Newark, New Jersey 07102. The Company's sole member is PSEG Renewable Ventures LLC, also headquartered in New Jersey. The sole member of PSEG Renewable Ventures LLC is PSEG Energy Holdings L.L.C., also headquartered in New Jersey. The sole member of PSEG Energy Holdings L.L.C. is Public Service Enterprise Group, Inc. ("PSEG"), a diversified energy company headquartered in Newark, New Jersey that, through its subsidiary, Public Service Electric and Gas Company, provides electric and gas services to millions of residential and commercial customers and owns and maintains 834 miles of transmission rights of ways.

6. Respondent Alvi Properties, LLC is a limited liability company located at 2702 Sabra Court Crofton, Maryland 21114. Upon information and belief, each member of Alvi Properties, LLC is domiciled in Maryland.

7. Respondent Arnold Developer Associates, Inc. is a Maryland corporation with its principal place of business located at 5108 Ridge Road, Mt. Airy, Maryland 21771.

8. Respondent Baugher Enterprises, Inc. is a Maryland corporation with its principal place of business located at 1236 Baugher Road, Westminster, Maryland 21158.

9. Respondent Brightwell Living Trust Dated May 15, 2015, is a trust whose trustees are domiciled in Maryland, upon information and belief.

10. Respondent Broadview Farm, LLC is a limited liability company with its principal place of business located at 1705 Uniontown Road, Westminster, Maryland 21158. Upon information and belief, each member of Broadview Farm, LLC is domiciled in Maryland.

11.     Respondent Bush Creek Church of Brethren of Monrovia, Frederick County, Maryland, is a Maryland religious corporation with its principal place of business located at 4821 Green Valley Road, Monrovia, Maryland 21770.

12.     Respondent CCE Montgomery Land, LLC is a limited liability company with its principal place of business located at 9203 Stauffer Road, Walkersville, Maryland 21793.  Upon information and belief, each member of CCE Montgomery Land, LLC is domiciled in Maryland.

13.     Respondent Clemson Farms I, LLC is a limited liability company with its principal place of business located at 2831 Buckeystown Pike, Adamstown, Maryland 21710.  Upon information and belief, each member of Clemson Farms, I, LLC is domiciled in Maryland.

14.     Respondent Copper Penny Farm Properties, LLC is a limited liability company with its principal place of business located at 2110 Pleasant View Road Unit D, Adamstown, Maryland 21710.  Upon information and belief, each member of Copper Penny Farm Properties, LLC is domiciled in Maryland.

15.     Respondent Earthmovers Sod Farm, LLC is a limited liability company with its principal place of business located at 1919B Buckeystown Pike, Adamstown Maryland 21710.  Upon information and belief, each member of Earthmovers Sod Farm, LLC is domiciled in Maryland.

16.     Respondent Hattery Family Revocable Trust Dated April 27, 2020, is a trust whose trustees are domiciled in Maryland, upon information and belief.

17.     Respondent Hattery Farm, LLC is a limited liability company with its principal place of business located at 7101 Woodville Road, Mount Airy, Maryland, 21771.  Upon information and belief, each member of Hattery Farm, LLC is domiciled in Maryland.

18.     Respondent Jane Blose Shaw Revocable Living Trust Dated December 5, 2023, is a trust whose trustees are domiciled in Maryland, upon information and belief.

19.     Respondent Johansson Family, LLC is a limited liability company with its principal place of business located at 1512 Honesty Drive, Westminster, Maryland 21157.   Upon information and belief, each member of Johansson Family, LLC is domiciled in Maryland.

20.     Respondent John Dixon Whitfield Living Trust Dated April 27, 2021, is a trust whose trustees are domiciled in Maryland, upon information and belief.

21.     Respondent Keepin Up Bottoms Up Irrevocable Trust Dated October 5, 2023, is a trust whose trustees are domiciled in Maryland, upon information and belief.

22.     Respondent Lippy Brothers Farms, A Maryland Statutory Trust is a trust whose trustees are domiciled in Maryland, upon information and belief.

23.     Respondent New Beginning Church of The Nazarene, Inc. is a Maryland corporation with its principal place of business located at 12350 Jesse Smith Road, Mt. Airy, Maryland 21771.

24.     Respondent R M A C Trust Series 2016-CCT is a trust whose trustees are domiciled in California, upon information and belief.

25.     Respondent Snouffer Farm, LLC is a limited liability company with its principal place of business located at 2214A New Design Road, Adamstown, Maryland 21710. Upon information and belief, each member of Snouffer Farm, LLC is domiciled in Maryland.

26.     Respondent Stair's Valley High Farms, LLC is a limited liability company with its principal place of business located at 1735 Hughes Shop Road, Westminster, Maryland 21158. Upon information and belief, each member of Stair's Valley High Farms, LLC is domiciled in Maryland.

27.     Respondent The Anna P. Davis Revocable Convertible Trust Agreement is a trust whose trustees are domiciled in Maryland, upon information and belief.

28.     Respondent The Daniel B. Strickler Living Trust is a trust whose trustees are domiciled in Maryland, upon information and belief.

29.     Respondent The Estate of Amos Denslow Faux-Burhans IV is an estate whose representative is domiciled in Maryland, upon information and belief.

30.     Respondent The Geraldine O. Deckert Revocable Trust Created July 15, 2021 is a trust whose trustees are domiciled in Maryland, upon information and belief.

31.     Respondent The Humerick Family Revocable Living Trust Agreement Dated August 23, 2018, is a trust whose trustees are domiciled in Maryland, upon information and belief.

32.     Respondent The John Allder Kable Trust, By Agreement, Dated September 9, 2016, is a trust whose trustees are domiciled in Maryland, upon information and belief.

33.     Respondent The Marshall Davis, Jr. Convertible Revocable Trust Agreement is a trust whose trustees are domiciled in Maryland, upon information and belief.

34.     Respondent The Mata L. Murphy Revocable Trust U/A/D August 9, 2022, is a trust whose trustees are domiciled in Maryland, upon information and belief.

35.     Respondent The Means Family Revocable Trust, Dated January 27, 1998, F/B/O John W. Means, Sr. and Mildred Jeans Means is a trust whose trustees are domiciled in Maryland, upon information and belief.

36.     Respondent The Richard P. Murphy Revocable Trust Agreement U/A/D August 9, 2022, is a trust whose trustees are domiciled in Maryland, upon information and belief.

37.     Respondent The Robin Smith Kable Trust, By Agreement, Dated September 9, 2016, is a trust whose trustees are domiciled in Maryland, upon information and belief.

32

38.     Respondent The Rula Nader Hani Revocable Living Trust is a trust whose trustees are domiciled in Maryland, upon information and belief.

39.     Respondent Trust Created Under the Last Will and Testament of David S. Gaver is a trust whose trustees are domiciled in Maryland, upon information and belief.

40.     Respondent Tserha Tsion Menfes Kidus Church and Merafe Kidusan Kidist Arsema Andinet Monastery is a Maryland corporation with its principal place of business located at 2239 Bachman Valley Road, Manchester, Maryland 21102.

41.     Respondent Wakefield Valley Acres, LLC is a limited liability company with its principal place of business located at 2117 Old New Windsor Pike, New Windsor, Maryland 21776.  Upon information and belief, each member of Wakefield Valley Acres, LLC is domiciled in Maryland.

42.     Respondent Wakefield Valley Manor, LLC is a limited liability company with its principal place of business located at 1300 Wakefield Valley Road, New Windsor, Maryland 21776.  Upon information and belief, each member of Wakefield Valley Manor, LLC is domiciled in Maryland.

43.     Respondent Wakefield Valley Road, LLC is a limited liability company with its principal place of business located at 923 Ruby Court, Westminster, Maryland 21158.  Upon information and belief, each member of Wakefield Valley Road, LLC is domiciled in Maryland.

44.     Respondent W.C. Helfrich Farming, LLC is a limited liability company with its principal place of business located at 15435 Falls Road, Sparks, Maryland 21152.  Upon information and belief, each member of W.C. Helfrich Farming, LLC is domiciled in Maryland.

45.     Respondent Aaron Krug is an individual who resides at 1350 Harveys Drive, Westminster, Maryland 21158.

33

46.     Respondent Amanda Green is an individual who resides at 1107 Slingluff Road, New Windsor, Maryland 21776.

47.     Respondent Amanda Krug is an individual who resides at 1350 Harveys Drive, Westminster, Maryland 21158.

48.     Respondent Amanda Krumrine is an individual who resides at 1300 Tibbetts Lane, New Windsor, Maryland 21776.

49.     Respondent Alicia Weinrich is an individual who resides at 14791 Black Ankle Road, Mt. Airy, Maryland 21771.

50.     Respondent Andrew Teimourian is an individual who resides at 18608 Windsor Forest Road, Mt. Airy, Maryland 21771.

51.     Respondent Annie Martin is an individual who resides at 3407 Sams Creek Road, New Windsor, Maryland 21776.

52.     Respondent Anthony F. Lazarewicz is an individual who resides at 10123 Ivybridge Circle, Louisville, Kentucky 40241.

53.     Respondent Barbara A. Wilcom is an individual who resides at 3940 Tabler Road, Frederick, Maryland 21704.

54.     Respondent Barbara H. Horton is an individual who resides at 14908 Liberty Road, Mt. Airy, Maryland 21771.

55.     Respondent Benjamin Miller is an individual who resides at 1711 Hughes Shop Road, Westminster, Maryland 21158.

56.     Respondent Benjamin Tyler Foell is an individual who resides at 12730 Knoll Road, Mt. Airy, Maryland 21771.

57.     Respondent Beverly Gallagher is an individual who resides at 3513 Torrington Drive, Manchester, Maryland 21102.

58.     Respondent Brenda Derr is an individual who resides at 1201 Old Fridinger Mill Road, Westminster, Maryland 21157.

59.     Respondent Brenda Lee Johnson is an individual who resides at 505 Bloomingdale Avenue, Catonsville, Maryland 21228.

60.     Respondent Brendan Gallagher is an individual who resides at 3513 Torrington Drive, Manchester, Maryland 21102.

61.     Respondent Brett Condon is an individual who resides at 653 Old New Windsor Pike, Westminster, Maryland 21157.

62.     Respondent Brian Hannah is an individual who resides at 407 Dotsie Drive, Westminster, Maryland 21158.

63.     Respondent Bryan Mack is an individual who resides at 12736 Knoll Road, Mt. Airy, Maryland 21771.

64.     Respondent Catherine Virtz is an individual who resides at 144 Rockland Road, Westminster, Maryland 21158.

65.     Respondent Cora Larue White is an individual who resides at 505 Bloomingdale Avenue, Catonsville, Maryland 21228.

66.     Respondent Cortney Davis is an individual who resides at 69 West Green Street, Westminster, Maryland 21157.

67.     Respondent Charles Gardetto is an individual who resides at 2231 Ballenger Creek Pike, Adamstown, Maryland 21710.

68.     Respondent Charles Green is an individual who resides at 1107 Slingluff Road, New Windsor, Maryland 21776.

69.     Respondent Charles J. Dorman is an individual who resides at 13220 Old Annapolis Road, Mt. Airy, Maryland 21771.

70.     Respondent Charles Tansill is an individual who resides at 1700 Indian Valley Trail, Westminster, Maryland 21158.

71.     Respondent Daphne L. Henesy is an individual who resides at 12932C Jesse Smith Road, Mt. Airy, Maryland 21771.

72.     Respondent Darryl E. Whims is an individual who resides at 3012 Flint Hill Road, Adamstown, Maryland 21710.

73.     Respondent David Bollinger is an individual who resides at 50 Bachman Valley Road, Westminster, Maryland 21158.

74.     Respondent David E. Taggart is an individual who resides at 2646 Park Mills Road, Adamstown, Maryland 21710.

75.     Respondent David King is an individual who resides at 254 Mt. Airy Road, New Providence, Pennsylvania 17560.

76.     Respondent David N. Klein, Jr. is an individual who resides at 14416 Harrisville Road, Mt. Airy, Maryland 21771.

77.     Respondent David Naill is an individual who resides at 7895 Talbot Run Road, Mt. Airy, Maryland 21771.

78.     Respondent David Nelson Myers is an individual who resides at 15203 Oak Orchard Road, New Windsor, Maryland 21776.

79. Respondent David Ross Brinkley is an individual who resides at 1618 Rising Ridge Road, Mt. Airy, Maryland 21771.

80. Respondent David Stair is an individual who resides at 1727 Hughes Shop Road, Westminster, Maryland 21158.

81. Respondent Deborah D. Smith is an individual who resides at 12730 Jesse Smith Road, Mt. Airy, Maryland 21771.

82. Respondent Deborah J. Specht is an individual who resides at 3002b Flint Hill Road, Adamstown, Maryland 21710.

83. Respondent Dianne L. Rose is an individual who resides at 13232 Old Annapolis Road, Mt. Airy, Maryland 21771.

84. Respondent Donna L. Dorman is an individual who resides at 13220 Old Annapolis Road, Mt. Airy, Maryland 21771.

85. Respondent Dorothy Petry Bryant is an individual who resides at 1634 Hughes Shop Road, Westminster, Maryland 21158.

86. Respondent Douglas B. Tesdahl is an individual who resides at 7929 Talbot Run Road, Mt. Airy, Maryland 21771.

87. Respondent Douglas Naill is an individual who resides at 7895 Talbot Run Road, Mt. Airy, Maryland 21771.

88. Respondent Earl W. Matlock, Jr., is an individual who resides at 14527 Peddicord Road, Mt. Airy, Maryland 21771.

89. Respondent Elias Said Hani is an individual who resides at 3154 Flint Hill Road, Adamstown, Maryland 21710.

90.     Respondent Elinor M. Abrell is an individual who resides at 2222 Pleasant View Road, Adamstown, Maryland 21710.

91.     Respondent Elizabeth Gassman is an individual who resides at 1634 Hughes Shop Road, Westminster, Maryland 21158.

92.     Respondent Elizabeth I. Van Lowe is an individual who resides at 9708 Inaugural Way, Gaithersburg, Maryland 20886.

93.     Respondent Elizabeth M. Birrer is an individual who resides at 14810 Black Ankle Road, Mt. Airy, Maryland 21771.

94.     Respondent Elizabeth Smith is an individual who resides at 4865 Melody Lane, Manchester, Maryland 21102.

95.     Respondent Elizabeth T. Werner is an individual who resides at 13234 Old Annapolis Road, Mt. Airy, Maryland 21771.

96.     Respondent Ellen M. Garst is an individual who resides at 9203 Stauffer Road, Walkersville, Maryland 21793.

97.     Respondent Elton C. Flanery, Jr., is an individual who resides at 7458 Old Woods Court, Springboro, Maryland 45066.

98.     Respondent Erik Brandon Sealover is an individual who resides at 1815 Connolly Drive, Westminster, Maryland 21158.

99.     Respondent Evelyn Gaver is an individual who resides at 12020 Old National Pike, New Market, Maryland 21774.

100.    Respondent Francis Ann Davison is an individual who resides at 1700 Indian Valley Trail, Westminster, Maryland 21158.

101.    Respondent Frank P. Moran is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

102.    Respondent Franklin Vleck, Jr. is an individual who resides at 1710 Wakefield Valley Road, New Windsor, Maryland 21776.

103.    Respondent Gabriel E. Lawson is an individual who resides at 3708 Blueberry Drive, Monrovia, Maryland 21770.

104.    Respondent Greg Stull is an individual who resides at 3626 Lineboro Road, Lineboro, Maryland 21102.

105.    Respondent Heidi Tenebaum is an individual who resides at 3626 Lineboro Road, Lineboro, Maryland 21102.

106.    Respondent Hilda M. McPherson is an individual who resides at 13231 Old Annapolis Road, Mt. Airy, Maryland 21771.

107.    Respondent James D. Werner is an individual who resides at 13234 Old Annapolis Road, Mt. Airy, Maryland 21771.

108.    Respondent James G. Averill is an individual who resides at 12610 Jesse Smith Road, Mt. Airy, Maryland 21771.

109.    Respondent James R. Green is an individual who resides at 3300 Sams Creek Road, New Windsor, Maryland 21776.

110.    Respondent Jamil Azat is an individual who resides at 3154 Flint Hill Road, Adamstown, Maryland 21710.

111.    Respondent Jane Lippy is an individual who resides at 200 Lees Mill Road, Hampstead, Maryland 21074.

112.    Respondent Jared Stickley is an individual who resides at 7805 Horseshoe Court, Frederick, Maryland 21701.

113.    Respondent Jay Weinrich is an individual who resides at 14791 Black Ankle Road, Mt. Airy, Maryland 21771.

114.    Respondent Joan H. Baile is an individual who resides at 1827 Old New Windsor Pike, New Windsor, Maryland 21776.

115.    Respondent Joan Lewis is an individual who resides at 1237 Old Taneytown Road, Westminster, Maryland 21158.

116.    Respondent Johanna M. Springston is an individual who resides at 8101 Fingerboard Road, Frederick, Maryland 21704.

117.    Respondent John Adam Rose is an individual who resides at 13232 Old Annapolis Road, Mt. Airy, Maryland 21771.

118.    Respondent John Andrew Whitfield is an individual who resides at 1113 Tibbetts Lane, New Windsor, Maryland 21776.

119.    Respondent John Davis is an individual who resides 69 West Green Street, Westminster, Maryland 21157.

120.    Respondent John Fisher is an individual who resides at 2444 Old Bachmans Valley Road, Westminster, Maryland 21157.

121.    Respondent John Leannarda is an individual who resides at 3480 Sams Creek Road, New Windsor, Maryland 21776.

122.    Respondent John Naill is an individual who resides at 7895 Talbot Run Road, Mt. Airy, Maryland 21771.

123.   Respondent Jon Charles Holmes is an individual who resides at 15520 Oak Orchard Road, New Windsor, Maryland 21776.

124.   Respondent Jon P. McIntyre is an individual who resides at 12730 Jesse Smith Road, Mt. Airy, Maryland 21771.

125.   Respondent Jonathan Krumrine is an individual who resides at 1300 Tibbetts Lane, New Windsor, Maryland 21776.

126.   Respondent Joy Bollinger is an individual who resides at 879 Pleasant Valley Road, Westminster, Maryland 21158.

127.   Respondent Kathy Jean Whitfield is an individual who resides at 1113 Tibbetts Lane, New Windsor, Maryland 21776.

128.   Respondent Kellyann Elizabeth Sykora is an individual who resides 808 Ellis Road, Mt. Airy, Maryland 21771.

129.   Respondent Kenneth M. Keyes is an individual who resides at 10102 Fingerboard Road, Ijamsville, Maryland 21754.

130.   Respondent Laura Elizabeth Colvin is an individual who resides at 1815 Connolly Drive, Westminster, Maryland 21158.

131.   Respondent Leslie E. Deering is an individual who resides at 3480 Sams Creek Road, New Windsor, Maryland 21776.

132.   Respondent Leticia P. Moran is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

133.   Respondent Linda B. Tesdahl is an individual who resides at 7929 Talbot Run Road, Mt. Airy, Maryland 21771.

41

134.    Respondent Lisa V. Gaver is an individual who resides at 12020 Old National Pike, New Market, Maryland 21774.

135.    Respondent Loretta Wright is an individual who resides at 815 Wakefield Valley Road, New Windsor, Maryland 21776.

136.    Respondent Luke Tanner Mitchell is an individual who resides at 13801 Glissans Mill Road, Mt. Airy, Maryland 21771.

137.    Respondent Maria Teresa Myers is an individual who resides at 15203 Oak Orchard Road, New Windsor, Maryland 21776.

138.    Respondent Marjorie Schroeder is an individual who resides at 4223 Ijamsville Road, Ijamsville, Maryland 21754.

139.    Respondent Mark D. Springston is an individual who resides at 8101 Fingerboard Road, Frederick, Maryland 21704.

140.    Respondent Mary Barr Johnson is an individual who resides at 4823 Tilden Street Northwest, Washington, District of Columbia 20016.

141.    Respondent Mary Hershelman is an individual who resides at 10123 Ivybridge Circle, Louisville, Kentucky 40241.

142.    Respondent Mary E. Taggart is an individual who resides at 2646 Park Mills Road, Adamstown, Maryland 21710.

143.    Respondent Mary M. Flanery is an individual who resides at 7458 Old Woods Court, Springboro, Maryland 45066.

144.    Respondent Matthew D. Moran is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

42

145. Respondent Maureen Elizabeth Holmes is an individual who resides at 15520 Oak Orchard Road, New Windsor, Maryland 21776.

146. Respondent Melissa Nottingham is an individual who resides at 1241 Old Taneytown Road, Westminster, Maryland 21158.

147. Respondent Melvin E. Baile is an individual who resides at 1827 Old New Windsor Pike, New Windsor, Maryland 21776.

148. Respondent Michael David Gaver is an individual who resides at 12020 Old National Pike, New Market, Maryland 21774.

149. Respondent Michael Gassman is an individual who resides at 1634 Hughes Shop Road, Westminster, Maryland 21158.

150. Respondent Michael J. Birrer is an individual who resides at 14810 Black Ankle Road, Mt. Airy, Maryland 21771.

151. Respondent Michael Paul Harmon is an individual who resides at 1010 Tracy Meadows Drive, Westminster, Maryland 21158.

152. Respondent Michael Laney is an individual who resides at 14865 Oak Orchard Road, New Windsor, Maryland 21776.

153. Respondent Michael Smith is an individual who resides at 4865 Melody Lane, Manchester, Maryland 21102.

154. Respondent Michelle Laney is an individual who resides at 14865 Oak Orchard Road, New Windsor, Maryland 21776.

155. Respondent Mollie Lynn Radonovich is an individual who resides at 4029 Tabler Road, Frederick, Maryland 21704.

156.    Respondent Nancy Fisher is an individual who resides at 2444 Old Bachmans Valley Road, Westminster, Maryland 21157.

157.    Respondent Nancy Gardetto is an individual who resides at 2231 Ballenger Creek Pike, Adamstown, Maryland 21710.

158.    Respondent Nida'a Azat is an individual who resides at 3154 Flint Hill Road, Adamstown, Maryland 21710.

159.    Respondent Nilda S. Rivera Feliciano is an individual who resides at 627 Pelican Avenue, Gaithersburg, Maryland 20878.

160.    Respondent Nuala C. Eby is an individual who resides at 4330 Prices Distillery Road, Ijamsville, Maryland 21754.

161.    Respondent Paolo Nottingham is an individual who resides at 1241 Old Taneytown Road, Westminster, Maryland 21158.

162.    Respondent Patricia Ann Phares is an individual who resides at 23430 Chandler Court, Hollywood, Maryland 20636.

163.    Respondent Patrick P. Moran is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

164.    Respondent Paul Crone is an individual who resides at 1700 Indian Valley Trail, Westminster, Maryland 21158.

165.    Respondent Paul Virtz is an individual who resides at 144 Rockland Road, Westminster, Maryland 21158.

166.    Respondent Peter B. Johnson is an individual who resides at 4823 Tilden Street Northwest, Washington, District of Columbia 20016.

167. Respondent R. Eileen Rice is an individual who resides at 9501 Ball Road, Ijamsville, Maryland 21754.

168. Respondent Rachel King is an individual who resides at 254 Mt. Airy Road, New Providence, Pennsylvania 17560.

169. Respondent Ralph L. Naill, Jr. is an individual who resides at 7895 Talbot Run Road, Mt. Airy, Maryland 21771.

170. Respondent Ralph Thomas Prophet is an individual who resides at 850 Bachmans Valley Road, Westminster, Maryland 21158.

171. Respondent Randy Bachtel is an individual who resides at 1439 Old Taneytown Road, Westminster, Maryland 21158.

172. Respondent Randy Stair is an individual who resides at 1735 Hughes Shop Road, Westminster, Maryland 21158.

173. Respondent Raymond Isaac Buffington is an individual who resides at 7040 Woodville Road, Mt. Airy, Maryland 21771.

174. Respondent Richard B. Eby is an individual who resides at 4330 Prices Distillery Road, Ijamsville, Maryland 21754.

175. Respondent Robert Curtis White is an individual who resides at 505 Bloomingdale Avenue, Catonsville, Maryland 21228.

176. Respondent Robert E. Kerns is an individual who resides at 2646 Park Mills Road, Adamstown, Maryland 21710.

177. Respondent Robert S. Wilcom is an individual who resides at 3940 Tabler Road, Frederick, Maryland 21704.

178. Respondent Roger Wright is an individual who resides at 815 Wakefield Valley Road, New Windsor, Maryland 21776.

179. Respondent Roland Mann is an individual who resides at 879 Pleasant Valley Road, Westminster, Maryland 21158.

180. Respondent Rosemarie K. Lawson is an individual who resides at 3708 Blueberry Drive, Monrovia, Maryland 21770.

181. Respondent Sandra Martin is an individual who resides at 1735 Hughes Shop Road, Westminster, Maryland 21158.

182. Respondent Sarah Dawn Gallagher is an individual who resides at 3513 Torrington Drive, Manchester, Maryland 21102.

183. Respondent Shane Martin is an individual who resides at 3407 Sams Creek Road, New Windsor, Maryland 21776.

184. Respondent Sheila D. Buffington is an individual who resides at 7040 Woodville Road, Mt. Airy, Maryland 21771.

185. Respondent Shirley J. Evans is an individual who resides at 2574 Thompson Drive, Marriottsville, Maryland 21104.

186. Respondent Steven M. Kurdziolek is an individual who resides at 12932C Jesse Smith Road, Mt. Airy, Maryland 21771.

187. Respondent Stephen Lee Phares is an individual who resides at 23430 Chandler Court, Hollywood, Maryland 20636.

188. Respondent Stephen Schroeder is an individual who resides at 4223 Ijamsville Road, Ijamsville, Maryland 21754.

189. Respondent Stephen Wayne Specht is an individual who resides at 3002b Flint Hill Road, Adamstown, Maryland 21710.

190. Respondent Stuart H. Garst is an individual who resides at 9203 Stauffer Road, Walkersville, Maryland 21793.

191. Respondent Susan Bachtel is an individual who resides at 1439 Old Taneytown Road, Westminster, Maryland 21158.

192. Respondent Suzannah B. Moran is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

193. Respondent Suzanne Gomba-Mack is an individual who resides at 12736 Knoll Road, Mt. Airy, Maryland 21771.

194. Respondent Tammy L. Naill is an individual who resides at 7895 Talbot Run Road, Mt. Airy, Maryland 21771.

195. Respondent Terri S. Crain is an individual who resides at 3002A Flint Hill Road, Adamstown, Maryland 21710.

196. Respondent Thomas Crone is an individual who resides at 1700 Indian Valley Trail, Westminster, Maryland 21158.

197. Respondent Titus Stickley is an individual who resides at 7805 Horseshoe Court, Frederick, Maryland 21701.

198. Respondent Tracy H. Harmon is an individual who resides at 1010 Tracy Meadows Drive, Westminster, Maryland 21158.

199. Respondent Vanessa Vleck is an individual who resides at 1710 Wakefield Valley Road, New Windsor, Maryland 21776.

200. Respondent Vera Thornhill is an individual who resides at 10323 Riverside Drive, Powellville, Ohio 43065.

201. Respondent Victoria A. Shaw is an individual who resides at 10123 Ivybridge Circle, Louisville, Kentucky 40241.

202. Respondent Victoria Isaac is an individual who resides at 407 Dotsie Drive, Westminster, Maryland 21158.

203. Respondent Whitney Miller is an individual who resides at 1711 Hughes Shop Road, Westminster, Maryland 21158.

204. Respondent Willard William Horton, Jr. is an individual who resides at 14908 Liberty Road, Mt. Airy, Maryland 21771.

205. Respondent William B. Evans is an individual who resides at 2574 Thompson Drive, Marriottsville, Maryland 21104.

206. Respondent William Richard Sykora is an individual who resides at 808 Ellis Road, Mt. Airy, Maryland 21771.

## Jurisdiction and Venue

207. This Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) because the amount in controversy, excluding costs and interest, exceeds $75,000, and complete diversity of citizenship exists between the parties.

208. This Court has personal jurisdiction over Alvi Properties, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

209.   This Court has personal jurisdiction over Arnold Developer Associates, Inc. because it is a Maryland corporation with its principal place of business located in Maryland and because it owns property in Maryland that is the subject of this suit.

210.   This Court has personal jurisdiction over Baugher Enterprises, Inc. because it is a Maryland corporation with its principal place of business located in Maryland and because it owns property in Maryland that is the subject of this suit.

211.   This Court has personal jurisdiction over Brightwell Living Trust Dated May 15, 2015, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

212.   This Court has personal jurisdiction over Broadview Farm, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

213.   This Court has personal jurisdiction over Bush Creek Church of Brethren of Monrovia, Frederick County, Maryland because it is a Maryland religious corporation with its principal place of business located in Maryland and because it owns property in Maryland that is the subject of this suit.

214.   This Court has personal jurisdiction over CCE Montgomery Land, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

215.   This Court has personal jurisdiction over Clemson Farms I, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

216.   This Court has personal jurisdiction over Copper Penny Farm Properties, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

217.   This Court has personal jurisdiction over Earthmovers Sod Farm, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

218.   This Court has personal jurisdiction over Hattery Family Revocable Trust Dated April 27, 2020, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

219.   This Court has personal jurisdiction over Hattery Farm, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

220.   This Court has personal jurisdiction over Jane Blose Shaw Revocable Living Trust Dated December 5, 2023, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

221.   This Court has personal jurisdiction over Johansson Family, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

222.   This Court has personal jurisdiction over John Dixon Whitfield Living Trust Dated April 27, 2021, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

223.    This Court has personal jurisdiction over Keepin Up Bottoms Up Irrevocable Trust Dated October 5, 2023, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

224.    This Court has personal jurisdiction Lippy Brothers Farms, A Maryland Statutory Trust because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

225.    This Court has personal jurisdiction over New Beginning Church of the Nazarene, Inc. because it is a Maryland corporation with its principal place of business located in Maryland and because it owns property in Maryland that is the subject of this suit.

226.    This Court has personal jurisdiction over R M A C Trust Series 2016-CCT because it owns property in Maryland that is the subject of this suit.

227.    This Court has personal jurisdiction over Snouffer Farm, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

228.    This Court has personal jurisdiction over Stair's Valley High Farms, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

229.    This Court has personal jurisdiction over The Anna P. Davis Revocable Convertible Trust Agreement, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

230.    This Court has personal jurisdiction over The Daniel B. Strickler Living Trust, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

51

231.    This Court has personal jurisdiction over The Estate of Amos Denslow Faux-Burhans, IV because, upon information and belief, its representative is domiciled in Maryland and it owns property in Maryland that is the subject of this suit.

232.    This Court has personal jurisdiction over The Geraldine O. Deckert Revocable Trust Created July 15, 2021, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

233.    This Court has personal jurisdiction over The Humerick Family Revocable Living Trust Agreement Dated August 23, 2018, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

234.    This Court has personal jurisdiction over The John Allder Kable Trust, By Agreement, Dated September 9, 2016, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

235.    This Court has personal jurisdiction over The Marshall Davis, Jr. Convertible Revocable Trust Agreement, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

236.    This Court has personal jurisdiction over The Mata L. Murphy Revocable Trust U/A/D August 9, 2022, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

237.    This Court has personal jurisdiction over The Means Family Revocable Trust, Dated January 27, 1998, F/B/O John W. Means, Sr. and Mildred Jeans Means because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

238. This Court has personal jurisdiction over The Richard P. Murphy Revocable Trust Agreement U/A/D August 9, 2022, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

239. This Court has personal jurisdiction over The Robin Smith Kable Trust, By Agreement, Dated September 9, 2016, because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

240. This Court has personal jurisdiction over The Rula Nader Hani Revocable Living Trust because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

241. This Court has personal jurisdiction over Trust Created Under the Last Will and Testament of David S. Gaver because, upon information and belief, its trustees are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

242. This Court has personal jurisdiction over Tserha Tsion Menfes Kidus Church and Merafe Kidusan Kidist Arsema Andinet Monastery because it is a Maryland corporation with its principal place of business located in Maryland and because it owns property in Maryland that is the subject of this suit.

243. This Court has personal jurisdiction over Wakefield Valley Acres, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

244. This Court has personal jurisdiction over Wakefield Valley Manor, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

245. This Court has personal jurisdiction over Wakefield Valley Road, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

246. This Court has personal jurisdiction over W.C. Helfrich Farming, LLC because, upon information and belief, its members are domiciled in Maryland and because it owns property in Maryland that is the subject of this suit.

247. This Court has personal jurisdiction over Aaron Krug because he is an individual domiciled in Maryland.

248. This Court has personal jurisdiction over Amanda Green because she is an individual domiciled in Maryland.

249. This Court has personal jurisdiction over Amanda Krug because she is an individual domiciled in Maryland.

250. This Court has personal jurisdiction over Amanda Krumrine because she is an individual domiciled in Maryland.

251. This Court has personal jurisdiction over Alicia Weinrich because she is an individual domiciled in Maryland.

252. This Court has personal jurisdiction over Andrew Teimourian because he is an individual domiciled in Maryland.

253. This Court has personal jurisdiction over Annie Martin because she is an individual domiciled in Maryland.

254. This Court has personal jurisdiction over Anthony F. Lazarewicz because he owns property in Maryland that is the subject of this suit.

255. This Court has personal jurisdiction over Barbara A. Wilcom because she is an individual domiciled in Maryland.

256. This Court has personal jurisdiction over Barbara H. Horton because she is an individual domiciled in Maryland.

257. This Court has personal jurisdiction over Benjamin Miller because he is an individual domiciled in Maryland.

258. This Court has personal jurisdiction over Benjamin Tyler Foell because he is an individual domiciled in Maryland.

259. This Court has personal jurisdiction over Beverly Gallagher because she is an individual domiciled in Maryland.

260. This Court has personal jurisdiction over Brenda Derr because she is an individual domiciled in Maryland.

261. This Court has personal jurisdiction over Brenda Lee Johnson because she is an individual domiciled in Maryland.

262. This Court has personal jurisdiction over Brendan Gallagher because he is an individual domiciled in Maryland.

263. This Court has personal jurisdiction over Brett Condon because he is an individual domiciled in Maryland.

264. This Court has personal jurisdiction over Brian Hannah because he is an individual domiciled in Maryland.

265. This Court has personal jurisdiction over Bryan Mack because he is an individual domiciled in Maryland.

266.   This Court has personal jurisdiction over Catherine Virtz because she is an individual domiciled in Maryland.

267.   This Court has personal jurisdiction over Cora Larue White because she is an individual domiciled in Maryland.

268.   This Court has personal jurisdiction over Cortney Davis because she is an individual domiciled in Maryland.

269.   This Court has personal jurisdiction over Charles Gardetto because he is an individual domiciled in Maryland.

270.   This Court has personal jurisdiction over Charles Green because he is an individual domiciled in Maryland.

271.   This Court has personal jurisdiction over Charles J. Dorman because he is an individual domiciled in Maryland.

272.   This Court has personal jurisdiction over Charles Tansill because he is an individual domiciled in Maryland.

273.   This Court has personal jurisdiction over Daphne L. Henesy because she is an individual domiciled in Maryland.

274.   This Court has personal jurisdiction over Darryl E. Whims because he is an individual domiciled in Maryland.

275.   This Court has personal jurisdiction over David Bollinger because he is an individual domiciled in Maryland.

276.   This Court has personal jurisdiction over David E. Taggart because he is an individual domiciled in Maryland.

277. This Court has personal jurisdiction over David King because he is an individual domiciled in Maryland.

278. This Court has personal jurisdiction over David N. Klein, Jr. because he is an individual domiciled in Maryland.

279. This Court has personal jurisdiction over David Naill because he is an individual domiciled in Maryland.

280. This Court has personal jurisdiction over David Nelson Myers because he is an individual domiciled in Maryland.

281. This Court has personal jurisdiction over David Ross Brinkley because he is an individual domiciled in Maryland.

282. This Court has personal jurisdiction over David Stair because he is an individual domiciled in Maryland.

283. This Court has personal jurisdiction over Deborah D. Smith because she is an individual domiciled in Maryland.

284. This Court has personal jurisdiction over Deborah J. Specht because she is an individual domiciled in Maryland.

285. This Court has personal jurisdiction over Dianne L. Rose because she is an individual domiciled in Maryland.

286. This Court has personal jurisdiction over Donna L. Dorman because she is an individual domiciled in Maryland.

287. This Court has personal jurisdiction over Dorothy Petry Bryant because she is an individual domiciled in Maryland.

288. This Court has personal jurisdiction over Douglas B. Tesdahl because he is an individual domiciled in Maryland.

289. This Court has personal jurisdiction over Douglas Naill because he is an individual domiciled in Maryland.

290. This Court has personal jurisdiction over Earl W. Matlock, Jr., because he is an individual domiciled in Maryland.

291. This Court has personal jurisdiction over Elias Said Hani because he is an individual domiciled in Maryland.

292. This Court has personal jurisdiction over Elinor M. Abrell because she is an individual domiciled in Maryland.

293. This Court has personal jurisdiction over Elizabeth Gassman because she is an individual domiciled in Maryland.

294. This Court has personal jurisdiction over Elizabeth I. Van Lowe because she is an individual domiciled in Maryland.

295. This Court has personal jurisdiction over Elizabeth M. Birrer because she is an individual domiciled in Maryland.

296. This Court has personal jurisdiction over Elizabeth Smith because she is an individual domiciled in Maryland.

297. This Court has personal jurisdiction over Elizabeth T. Werner because she is an individual domiciled in Maryland.

298. This Court has personal jurisdiction over Ellen M. Garst because she is an individual domiciled in Maryland.

299. This Court has personal jurisdiction over Elton C. Flanery, Jr., because he is an individual domiciled in Maryland.

300. This Court has personal jurisdiction over Erik Brandon Sealover because he is an individual domiciled in Maryland.

301. This Court has personal jurisdiction over Evelyn Gaver because she is an individual domiciled in Maryland.

302. This Court has personal jurisdiction over Francis Ann Davison because she is an individual domiciled in Maryland.

303. This Court has personal jurisdiction over Frank P. Moran because he is an individual domiciled in Maryland.

304. This Court has personal jurisdiction over Franklin Vleck, Jr. because he is an individual domiciled in Maryland.

305. This Court has personal jurisdiction over Gabriel E. Lawson because he is an individual domiciled in Maryland.

306. This Court has personal jurisdiction over Greg Stull because he is an individual domiciled in Maryland.

307. This Court has personal jurisdiction over Heidi Tenebaum because she is an individual domiciled in Maryland.

308. This Court has personal jurisdiction over Hilda M. McPherson because she is an individual domiciled in Maryland.

309. This Court has personal jurisdiction over James D. Werner because he is an individual domiciled in Maryland.

310.    This Court has personal jurisdiction over James G. Averill because he is an individual domiciled in Maryland.

311.    This Court has personal jurisdiction over James R. Green because he is an individual domiciled in Maryland.

312.    This Court has personal jurisdiction over Jamil Azat because he is an individual domiciled in Maryland.

313.    This Court has personal jurisdiction over Jane Lippy because she is an individual domiciled in Maryland.

314.    This Court has personal jurisdiction over Jared Stickley because he is an individual domiciled in Maryland.

315.    This Court has personal jurisdiction over Jay Weinrich because he is an individual domiciled in Maryland.

316.    This Court has personal jurisdiction over Joan H. Baile because she is an individual domiciled in Maryland.

317.    This Court has personal jurisdiction over Joan Lewis because she is an individual domiciled in Maryland.

318.    This Court has personal jurisdiction over Johanna M. Springston because she is an individual domiciled in Maryland.

319.    This Court has personal jurisdiction over John Adam Rose because he is an individual domiciled in Maryland.

320.    This Court has personal jurisdiction over John Andrew Whitfield because he is an individual domiciled in Maryland.

321. This Court has personal jurisdiction over John Davis because he is an individual domiciled in Maryland.

322. This Court has personal jurisdiction over John Fisher because he is an individual domiciled in Maryland.

323. This Court has personal jurisdiction over John Leannarda because he is an individual domiciled in Maryland.

324. This Court has personal jurisdiction over John Naill because he is an individual domiciled in Maryland.

325. This Court has personal jurisdiction over Jon Charles Holmes because he is an individual domiciled in Maryland.

326. This Court has personal jurisdiction over Jon P. McIntyre because he is an individual domiciled in Maryland.

327. This Court has personal jurisdiction over Jonathan Krumrine because he is an individual domiciled in Maryland.

328. This Court has personal jurisdiction over Joy Bollinger because she is an individual domiciled in Maryland.

329. This Court has personal jurisdiction over Kathy Jean Whitfield because she is an individual domiciled in Maryland.

330. This Court has personal jurisdiction over Kellyann Elizabeth Sykora because she is an individual domiciled in Maryland.

331. This Court has personal jurisdiction over Kenneth M. Keyes because he is an individual domiciled in Maryland.

332.     This Court has personal jurisdiction over Laura Elizabeth Colvin because she is an individual domiciled in Maryland.

333.     This Court has personal jurisdiction over Leslie E. Deering because she is an individual domiciled in Maryland.

334.     This Court has personal jurisdiction over Leticia P. Moran because she is an individual domiciled in Maryland.

335.     This Court has personal jurisdiction over Linda B. Tesdahl because she is an individual domiciled in Maryland.

336.     This Court has personal jurisdiction over Lisa V. Gaver because she is an individual domiciled in Maryland.

337.     This Court has personal jurisdiction over Loretta Wright because she is an individual domiciled in Maryland.

338.     This Court has personal jurisdiction over Luke Tanner Mitchell because he is an individual domiciled in Maryland.

339.     This Court has personal jurisdiction over Maria Teresa Myers because she is an individual domiciled in Maryland.

340.     This Court has personal jurisdiction over Marjorie Schroeder because she is an individual domiciled in Maryland.

341.     This Court has personal jurisdiction over Mark D. Springston because he is an individual domiciled in Maryland.

342.     This Court has personal jurisdiction over Mary Barr Johnson because she owns property in Maryland that is the subject of this suit.

343.     This Court has personal jurisdiction over Mary Hershelman because she owns property in Maryland that is the subject of this suit.

344.     This Court has personal jurisdiction over Mary E. Taggart because she is an individual domiciled in Maryland.

345.     This Court has personal jurisdiction over Mary M. Flanery because she is an individual domiciled in Maryland.

346.     This Court has personal jurisdiction over Matthew D. Moran because he is an individual domiciled in Maryland.

347.     This Court has personal jurisdiction over Maureen Elizabeth Holmes because she is an individual domiciled in Maryland.

348.     This Court has personal jurisdiction over Melissa Nottingham because she is an individual domiciled in Maryland.

349.     This Court has personal jurisdiction over Melvin E. Baile because he is an individual domiciled in Maryland.

350.     This Court has personal jurisdiction over Michael David Gaver because he is an individual domiciled in Maryland.

351.     This Court has personal jurisdiction over Michael Gassman because he is an individual domiciled in Maryland.

352.     This Court has personal jurisdiction over Michael J. Birrer because he is an individual domiciled in Maryland.

353.     This Court has personal jurisdiction over Michael Paul Harmon because he is an individual domiciled in Maryland.

354. This Court has personal jurisdiction over Michael Laney because he is an individual domiciled in Maryland.

355. This Court has personal jurisdiction over Michael Smith because he is an individual domiciled in Maryland.

356. This Court has personal jurisdiction over Michelle Laney because she is an individual domiciled in Maryland.

357. This Court has personal jurisdiction over Mollie Lynn Radonovich because she is an individual domiciled in Maryland.

358. This Court has personal jurisdiction over Nancy Fisher because she is an individual domiciled in Maryland.

359. This Court has personal jurisdiction over Nancy Gardetto because she is an individual domiciled in Maryland.

360. This Court has personal jurisdiction over Nida'a Azat because she is an individual domiciled in Maryland.

361. This Court has personal jurisdiction over Nilda S. Rivera Feliciano because she is an individual domiciled in Maryland.

362. This Court has personal jurisdiction over Nuala C. Eby because she is an individual domiciled in Maryland.

363. This Court has personal jurisdiction over Paolo Nottingham because he is an individual domiciled in Maryland.

364. This Court has personal jurisdiction over Patricia Ann Phares because she is an individual domiciled in Maryland.

365.    This Court has personal jurisdiction over Patrick P. Moran because he is an individual domiciled in Maryland.

366.    This Court has personal jurisdiction over Paul Crone because he is an individual domiciled in Maryland.

367.    This Court has personal jurisdiction over Paul Virtz because he is an individual domiciled in Maryland.

368.    This Court has personal jurisdiction over Peter B. Johnson because he owns property in Maryland that is the subject of this suit.

369.    This Court has personal jurisdiction over R. Eileen Rice because she is an individual domiciled in Maryland.

370.    This Court has personal jurisdiction over Rachel King because she owns property in Maryland that is the subject of this suit.

371.    This Court has personal jurisdiction over Ralph L. Naill, Jr., because he is an individual domiciled in Maryland.

372.    This Court has personal jurisdiction over Ralph Thomas Prophet because he is an individual domiciled in Maryland.

373.    This Court has personal jurisdiction over Randy Bachtel because he is an individual domiciled in Maryland.

374.    This Court has personal jurisdiction over Randy Stair because he is an individual domiciled in Maryland.

375.    This Court has personal jurisdiction over Raymond Isaac Buffington because he is an individual domiciled in Maryland.

376. This Court has personal jurisdiction over Richard B. Eby because he is an individual domiciled in Maryland.

377. This Court has personal jurisdiction over Robert Curtis White because he is an individual domiciled in Maryland.

378. This Court has personal jurisdiction over Robert E. Kerns because he is an individual domiciled in Maryland.

379. This Court has personal jurisdiction over Robert S. Wilcom because he is an individual domiciled in Maryland.

380. This Court has personal jurisdiction over Roger Wright because he is an individual domiciled in Maryland.

381. This Court has personal jurisdiction over Roland Mann because he is an individual domiciled in Maryland.

382. This Court has personal jurisdiction over Rosemarie K. Lawson because she is an individual domiciled in Maryland.

383. This Court has personal jurisdiction over Sandra Martin because she is an individual domiciled in Maryland.

384. This Court has personal jurisdiction over Sarah Dawn Gallagher because she is an individual domiciled in Maryland.

385. This Court has personal jurisdiction over Shane Martin because he is an individual domiciled in Maryland.

386. This Court has personal jurisdiction over Sheila D. Buffington because she is an individual domiciled in Maryland.

387. This Court has personal jurisdiction over Shirley J. Evans because she is an individual domiciled in Maryland.

388. This Court has personal jurisdiction over Steven M. Kurdziolek because he is an individual domiciled in Maryland.

389. This Court has personal jurisdiction over Stephen Lee Phares because he is an individual domiciled in Maryland.

390. This Court has personal jurisdiction over Stephen Schroeder because he is an individual domiciled in Maryland.

391. This Court has personal jurisdiction over Stephen Wayne Specht because he is an individual domiciled in Maryland.

392. This Court has personal jurisdiction over Stuart H. Garst because he is an individual domiciled in Maryland.

393. This Court has personal jurisdiction over Susan Bachtel because she is an individual domiciled in Maryland.

394. This Court has personal jurisdiction over Suzannah B. Moran because she is an individual domiciled in Maryland.

395. This Court has personal jurisdiction over Suzanne Gomba-Mack because she is an individual domiciled in Maryland.

396. This Court has personal jurisdiction over Tammy L. Naill because she is an individual domiciled in Maryland.

397. This Court has personal jurisdiction over Terri S. Crain because she is an individual domiciled in Maryland.

398.    This Court has personal jurisdiction over Thomas Crone because he is an individual domiciled in Maryland.

399.    This Court has personal jurisdiction over Titus Stickley because he is an individual domiciled in Maryland.

400.    This Court has personal jurisdiction over Tracy H. Harmon because she is an individual domiciled in Maryland.

401.    This Court has personal jurisdiction over Vanessa Vleck because she is an individual domiciled in Maryland.

402.    This Court has personal jurisdiction over Vera Thornhill because she owns property in Maryland that is the subject of this suit.

403.    This Court has personal jurisdiction over Victoria A. Shaw because she owns property in Maryland that is the subject of this suit.

404.    This Court has personal jurisdiction over Victoria Isaac because she is an individual domiciled in Maryland.

405.    This Court has personal jurisdiction over Whitney Miller because she is an individual domiciled in Maryland.

406.    This Court has personal jurisdiction over Willard William Horton, Jr. because he is an individual domiciled in Maryland.

407.    This Court has personal jurisdiction over William B. Evans because he is an individual domiciled in Maryland.

408.    This Court has personal jurisdiction over William Richard Sykora because he is an individual domiciled in Maryland.

409.    Venue is proper within this district under 28 U.S.C. § 1391(b)(2), as a substantial part of the events giving rise to this action occurred within this district.

## Factual Background

410.    The Company was created in 2021 to develop, construct, and own transmission projects.

411.    The Company is currently developing the MPRP.  The MPRP is a new greenfield overhead 500 kV electric transmission project that PJM is requiring the Company to construct by June 2027 to maintain the safe and reliable operation of the region's electric transmission system that serves Maryland and surrounding states.  The route of the MPRP is slated to traverse the Subject Properties owned by Respondents, and PSEG will ultimately need to acquire property rights in each of the Subject Properties to construct the MPRP.

412.    PJM is the regional transmission organization responsible for operating and planning the high-voltage electricity grid for 13 states in the region, including Maryland. (Declaration of Dawn Shilkoski ("Shilkoski Decl.") ¶ 8.)  Under the Federal Power Act, 16 U.S.C. § 791a, *et seq*., Congress provided FERC with broad powers and authority to regulate "the transmission of electric energy in interstate commerce."  16 U.S.C. § 824(a).  FERC has, in turn, charged PJM with planning the electric transmission system for its region.  *See* FERC Order No. 1000, 136 FERC ¶ 16,051, available at https://www.ferc.gov/whats-new/comm-meet/2011/072111/E-6.pdf.  Among other responsibilities, PJM must ensure that the regional transmission system meets all federally approved reliability planning criteria.  These planning criteria ensure that the transmission system continues to operate safely and reliably.

413.    In 2022, PJM identified numerous 500 kV lines within its region that are at risk of violating numerous reliability planning criteria, including the risk of becoming severely

overloaded—*i.e.*, transmitting more power than that for which they were designed—in 2027. (Shilkoski Decl. ¶ 9.)  Transmission lines at the 500 kV level are a critical part of the region's electric system and allow electricity to flow across states from where power is generated to where it is needed.  When a transmission line overloads, the transmission line equipment, which consists of a combination of steel and aluminum, begin to overheat, which, in turn, may render the steel and aluminum brittle and inoperable.  (*Id.*)

414.    Under these system conditions, PJM's analysis has observed thousands of voltage collapse violations (the inability of the transmission system to deliver power to load) and extreme low voltage (non-sustainable) violations occurring in 2027 in various areas, including in Maryland. (Shilkoski Decl. ¶ 11.)  PJM has concluded that, if these reliability violations are left unaddressed, overall system reliability for Maryland customers and others within PJM's region could be compromised, which could, in turn, lead to widespread and extreme conditions, including system collapse and blackouts.  (*Id.*)

415.    To that end, on February 24, 2023, PJM opened a competitive planning window to solicit solutions from qualified transmission owners and developers to prevent these reliability violations from occurring. (Shilkoski Decl. ¶ 12.)  In response, PJM received 72 separate proposals from various transmission developers, including proposals submitted by the Company, to address these forecasted reliability violations described in the problem statement contained within PJM's open solicitation.  (*Id.*)

416.    After several months of evaluation, PJM selected the MPRP, as well as several other proposals, to address the looming transmission reliability problems.  (Shilkoski Decl. ¶ 13.) PJM has directed the Company to construct and place the MPRP into service by June 2027 to

prevent significant reliability violations to the electric grid. (*Id.* ¶ 15.) The Company must begin construction no later than the first quarter of 2026 to meet this deadline. (*Id.*)

417. To commence construction of the MPRP as directed by PJM, the Company must obtain authorization from the PSC. Maryland law requires that any person seeking to construct an overhead transmission line must obtain a CPCN from the PSC before beginning construction. *See* Md. Code Ann., Pub. Util. Art. ("PUA") § 7-207(b)(3)(i).

418. On December 31, 2024, the Company filed a CPCN application with the PSC for an order authorizing the construction of the MPRP. (Shilkoski Decl. ¶ 17.) Following the issuance of a CPCN, the Company will be authorized by law to proceed with eminent domain cases to acquire the properties necessary to construct the MPRP along the route approved by the PSC in the CPCN. *See* PUA § 2-702(b)(4)(i)(1).

419. The Company's CPCN application included testimony from various Company witnesses, an environmental review document ("ERD") prepared by the Company's consultants that discusses the MPRP's anticipated environmental impacts, and a routing study that identifies the MPRP's proposed route and explains why alternative routes were not selected. (Shilkoski Decl. ¶ 17.) The proposed route traverses the Subject Properties. (*Id.* ¶ 6.)

420. To evaluate the Company's CPCN application, the PSC must consider various aspects of the MPRP, including its effect on the environment, conservation of natural resources, and the preservation of natural quality. *See* PUA § 7-207(e); COMAR 20.79.04.04(B); (*see also* Shilkoski Decl. ¶ 18.)

421. Moreover, PPRP is required by law to coordinate the review and analysis of the Company's CPCN application by certain state agencies including the Maryland Departments of Natural Resources, Environment, Agriculture, Commerce, Planning, and Transportation, as well

as the Maryland Energy Administration.  *See* Md. Code Ann., NR § 3-303 *et seq*.  As part of this review and analysis, PPRP provides the PSC with proposed recommended licensing conditions that address any environmental and socioeconomic impacts of the MPRP.  *See* Md. Code Ann., NR § 3-306(b)(1) (requiring PPRP to "complete an independent environmental and socioeconomic project assessment report"); *id.* § 3-306(b)(2) (requiring PPRP to submit proposed licensing conditions); (*see also* Shilkoski Decl. ¶ 19.)  After the Company filed its CPCN application, on January 10, 2025, the PSC requested PPRP to report, by March 26, 2025, its recommendation as to whether the application is administratively complete in accordance with COMAR 20.79.01.06. (Shilkoski Decl. ¶ 19.)

422.    PPRP has required the Company to conduct certain on-site, non-invasive environmental tests, surveys, and studies along the proposed Project route in order to inform the State Agencies' evaluation of the environmental and socioeconomic impacts of the Project. (Shilkoski Decl. ¶ 20, Ex. 5.)  As a result, the Company must conduct wetlands delineations, forest stand delineations, field surveys, and other surveys, as PPRP requires.

423.    As just one example, PPRP has required the Company to provide "field-based" measures of environmental effects related to possible areas of sensitive species of concern.  (*Id*.) Accordingly, to meet PPRP's requirement for "field-based measures of environmental effects," the Company must enter each of the Subject Properties to conduct said noninvasive surveys.

424.    On March 26, 2025, pursuant to the PSC's January 10, 2025 request, PPRP advised the PSC that it does not consider the Company's CPCN application to be administratively complete, in part because it "lacks a sufficient summary of the environmental and socioeconomic effects from the construction and operation of the Project, including field studies, which are necessary to meet the requirements of COMAR 20.79.04.04(B) and (C)."  (Shilkoski Decl., Ex. 5

at 1, 4.) PPRP stated that, without the various surveys that PPRP has required, it "cannot fully evaluate the Project's impacts to Maryland's socioeconomic and natural resources." (Shilkoski Decl. ¶ 20.) PPRP further recommended that the PSC consider the Company's application "be deemed incomplete" until the Company provides the required information from field-based surveys. (*Id.*)

425. On April 1, 2025, the PSC issued a Notice and Request for Comments, and on April 10 and 11, 2025, Carroll, Frederick and Baltimore Counties filed comments in response. (*See* **Exhibit 1** (Comments from Carroll County); **Exhibit 2** (Comments from Frederick County); **Exhibit 3** (Comments from Baltimore County).) Carroll County contended that State law appears to exempt the Company from forest conservation and other similar County regulation regimes once the PSC issues a CPCN, and as a result, the Company should be required to perform required environmental surveys prior to the PSC proceeding with the Company's CPCN application. (*See* Exhibit 1, at 1.) Frederick and Baltimore Counties concurred in the position that the PSC should require the Company to perform the surveys before the PSC proceeds with the CPCN application. (*See* Exhibit 2, at 3 ("Frederick County . . . supports both the PPRP's determination that the application was not complete as filed, and the scope of detailed information PPRP requests be provided); Exhibit 3, at 2 (stating that "[t]he Commission, DNR/PPRP, Baltimore County, and other participants lack the required information about these factors that would come from requisite field studies that have not yet been conducted").)

426. Without the various surveys and investigations that PPRP has required, PPRP has stated that it cannot evaluate the possible environmental and socioeconomic impacts of the MPRP. (Shilkoski Decl. ¶ 20.) Without PPRP and the State Agencies' evaluation and recommendation, the PSC's consideration of the Company's CPCN application cannot move forward to a timely

resolution because the PSC cannot issue a CPCN without first giving due consideration to environmental impacts, which PPRP is required by statute to evaluate.  Md. Code Ann., PUA § 7-207(e)(2)-(3); (Shilkoski Decl. ¶ 20.)

427.   In that event, the Company will not receive timely authorization from the PSC to construct the MPRP.   This would significantly delay the Company's construction and implementation of the MPRP which, in turn, would risk significant disruptions to the electric grid across Maryland and other states within PJM's territory.  (Shilkoski Decl. ¶¶ 27–29.)

428.   Moreover, if access to the Subject Properties is not granted, the Company would be required to redraw the proposed line for the MPRP and submit a new CPCN application to the Commission to attempt to meet its obligation under the DEA.   (Shilkoski Decl. ¶ 30.) Implementation of the Project will be significantly delayed as a result, threatening the reliability stability of the electric transmission system within PJM's territory that includes Maryland.  (*Id*.) Moreover, based on public comments and correspondence the Company has received to date, it is likely that the Company would encounter additional opposition with any alternative proposed line. This, in turn, would likely put the Company in exactly the same position in which it finds itself now: seeking Court intervention, pursuant to Maryland law, to permit the Company access.  (*Id*.)

429.   The Company would be required to incur significant expenses in such an event. Among other expenses incurred to date that were required to prepare the Company's CPCN application, the Company has spent $2,530,361 in fees to siting and environmental consultants, who have assisted the Company in analyzing numerous specific properties through available public data and assessing the feasibility of the properties for a high voltage transmission line as well as the impact of the line on sensitive environmental areas for the purpose of identifying a proposed route that is designed to both function effectively and minimize the scope of

74

environmental impacts as much as possible.  (Shilkoski Decl. ¶ 31.)  The Company has also spent

$2,420,277 in fees to a real estate firm that has assisted, among other things, with contacting

property owners to gain access for surveying purposes.  (*Id*.)  To prepare a new application that

would reflect a new proposed route, the Petitioner would be required to again incur these fees, in

addition to significant legal fees and the cost of time spent by PSEG Services Corporation and its

employees.  (*Id*.)

430.    Moreover, if access to the Subject Properties is not granted and the Company does

not receive timely authorization from the PSC to construct the MPRP, then the Company will be

unable to comply with its obligations under the DEA and to construct the transmission line, in

breach of the DEA.  (Shilkoski Decl., Ex. 1.)    In this instance—if the MPRP does not move

forward—then the Company will lose significant revenue it would have generated from placing

the MPRP in service.  (Shilkoski Decl. ¶ 30.)

431.    To avoid these results, the Company must be able to enter the Subject Properties to

timely complete the surveys required by PPRP.  (Shilkoski Decl. ¶ 27–28.)  Given the time it will

take the Company to conduct the required surveys (some of which have restrictions on the time of

year they can be completed), and to permit the Company to meet the in-service deadline set by

PJM, the Company must have access to the Subject Properties as soon as possible and until the

PSC issues a CPCN for the MPRP.  (*Id*.)

432.    As set forth in more detail in the Declarations of Roger J. Trudeau, filed herewith,

Respondents have denied entry to their respective Subject Properties despite the Company's real

and bona fide efforts to notify and seek the Respondents' consent.  As a result, the Company seeks

an order from this Court pursuant to RP § 12-111 that permits the Company to access the Properties

until the date that the PSC issues a decision on the CPCN to the Company so that the Company

may perform the studies and provide the environmental information about the Subject Properties that PPRP requires as part of its review and evaluation of the Company's CPCN application.

**This Court Previously Granted The Company An Identical Order Pursuant To RP § 12-111 Against Other Property Owners**

433.    The Company first sought an order pursuant to RP § 12-111 from this Court on April 15, 2025, when it filed a petition against 117 property owners who had refused to allow temporary access to their properties for the Company to conduct surveys required by PPRP, despite the Company's real and bona fide efforts to notify those landowners and seek their permission for entry. *See PSEG Renewable Transmission LLC v. Arentz Fam., LP*, --- F.Supp.3d ----, 2025 WL 1725814, at *10 (D. Md. June 20, 2025). The same day, the Company moved for a preliminary injunction to prevent the property owners from interfering with its statutory right of access to conduct noninvasive surveys. *Id*.

434.    Most respondents in that action filed motions to dismiss the petition and briefs in opposition to the motion for a preliminary injunction. *Id.*

435.    The Court held a hearing on the Company's motion for preliminary injunction and the respondents' motions to dismiss on May 19, 2025.

436.    On June 20, 2025, the Court granted the Company's motion for a preliminary injunction and denied all motions to dismiss. *Id.* at *23. In addition to rejecting the arguments for dismissal, the Court held that (1) the Company had made a strong showing that it was likely to succeed on the merits of its claim that it was entitled to enter the properties to conduct noninvasive surveys pursuant to RP § 12-111, *id.* at *19-20; (2) the Company was likely to suffer irreparable injury in the absence of a preliminary injunction in the form of delay costs and lost revenue, *id.* at *20-22; (3) that the balance of equities favored the Company given that the studies sought to be conducted would be minimally invasive, the Company's statutory right of entry was temporary

rather than permanent, and the respondents could obtain damages in the event of any damage, *id.* at \*22; and (4) preliminary relief was in the public interest because PPRP had determined the studies were necessary in order for PPRP to discharge its statutory duties, and the court would not second-guess PPRP's determination that the studies were necessary, *id.* at \*23.

437. The Court issued a preliminary injunction requiring that, from June 20, 2025, until the Company's CPCN application is granted or denied, the respondents permit the Company to enter and remain on the properties to the extent reasonably necessary to conduct the noninvasive surveys as authorized by RP § 12-111. (*See* **Exhibit 5** (*Arentz Family, LP* Preliminary Injunction).) The Preliminary Injunction also requires the Company to provide at least 24 hours' notice to property owners before entering their property to conduct surveys, though only one notice is required for entry on multiple days. (*Id.*)

438. On June 24, 2024, one group of respondents filed an interlocutory appeal of the preliminary injunction to the Fourth Circuit, where the case remains pending as of this filing. *See* Interlocutory Notice of Appeal, *PSEG Renewable Transmission LLC v. Arentz Fam., LP*, --- F.Supp.3d ----, 2025 WL 1725814 (D. Md. June 20, 2025) (No. 25-CV-1235-ABA), ECF No. 257.

439. The same day, the respondents filed a motion with this Court to stay the preliminary injunction pending appeal, which the Court ultimately denied on July 11, 2025, though it modified the preliminary injunction to require the Company to post a security bond in the amount of $100,000. *PSEG Renewable Transmission LLC v. Arentz Fam., LP.*, 2025 WL 1919947 (D. Md. Jul. 11, 2025) (No. 25-CV-1235-ABA), ECF No. 267.

### RP § 12-111 Authorizes Entities With Condemnation Authority To Enter Private Property To Conduct Surveys

440. RP § 12-111(a) provides that civil engineers, land surveyors, real estate appraisers (and their assistants) acting on behalf of "any body politic or corporate having the power of

77

eminent domain," after having made every real and bona fide effort to notify the owner or occupant in writing with respect to the proposed entry, may:

> (1)   Enter on any private land to make surveys, run lines or levels, or obtain information relating to the acquisition or future public use of the property or for any governmental report, undertaking, or improvement;

> (2)   Set stakes, markers, monuments, or other suitable landmarks or reference points where necessary; and

> (3)   Enter on any private land and perform any function necessary to appraise the property.

441.   Further, RP § 12-111(c) states that, if any civil engineer, surveyor, real estate appraiser (or their assistants) is refused permission to enter onto a property to conduct a survey or study permitted by RP § 12-111(a), the legal entity may apply to "a law court of the county where the property, or any part of it, is located" for an order authorizing entry onto the property.

442.   RP § 12-111 does not afford the owner or occupant an opportunity for a hearing prior to the issuance of an order under RP § 12-111. *King v. Mayor and City Council of Rockville*, 52 Md. App. 113, 120–23 (1982) (holding that landowners were not entitled to a hearing prior to issuance of order granting governmental agency access to survey their land pursuant to RP § 12-111), *cert. denied*, 294 Md. 442 (1982), *cert. denied*, 461 U.S. 914 (1983); *see also Transource Maryland, LLC v. Scott, et al.*, Case No. 12-C-18-00059 (Harford Cnty. Cir. Ct. June 24, 2018) (issuing order pursuant to RP § 12-111 permitting utility to access private land for surveying purposes and noting that "[i]t is not a violation of due process for this court to proceed without a hearing" (citing *King*, 52 Md. App. at 123)) (attached hereto as **Exhibit 4**).

443.   Accordingly, this Court may issue an Order authorizing the Company entry onto the Subject Properties without the need for a hearing prior to the issuance of the Order, so long as the Company (1) is a "body politic or corporate having the power of eminent domain," and (2) has

"made every real and bona fide effort to notify" each Respondent of the Company's need to enter their property.

## The Company Is A "Body Politic Or Corporate Having The Power Of Eminent Domain"

444.    The Company is legally entitled to enter each of the Subject Properties because it is a "body politic or corporate" that has the "power of eminent domain" within the meaning of RP § 12-111(a).

445.    PUA § 7-207(b)(3)(iii)(2) authorizes the PSC to grant CPCNs to an applicant that "is or, on the start of commercial operation of the overhead transmission line, will be subject to regulation as a public utility by an officer or an agency of the United States."  As noted above, PUA § 7-207(b)(3)(v)(2) further permits these "public utilit[ies]" to exercise condemnation authority to construct transmission lines for which they receive a CPCN.

446.    At the time that the MPRP goes in service, the Company will be subject to regulation by FERC as a public utility.  (Shilkoski Decl. ¶ 16.)  Thus, as a matter of Maryland law, the Company is authorized and qualified to apply for a CPCN and to exercise condemnation authority to construct the Project once the CPCN is obtained.  Accordingly, under RP § 12-111(a), the Company is a "body politic or corporate" with the "power of eminent domain" and, as such, it is legally entitled to enter the Subject Properties to survey and obtain necessary information for its ultimate acquisition of property by eminent domain.

447.    Notably, RP § 12-111(a) does not mandate that all conditions to a condemning authority's actual exercise of eminent domain be satisfied before the condemning authority can conduct surveys or obtain information.  Rather, RP § 12-111(a) contemplates that a condemning authority may enter onto land to make surveys or obtain information for the purpose of exercising eminent domain.

79

448.     RP § 12-111(a) does not require the Company to wait to enter the Subject Properties until after its CPCN is issued.  Such an interpretation would render the CPCN requirements under Maryland law unworkable, unreasonable, and impossible to implement.  As explained above, PUA § 7-207 requires the PSC to review CPCN applications for, among other things, the environmental and socioeconomic effects of a proposed transmission line of the impacted property and adjacent properties.

449.     Moreover, NR § 3-306 requires PPRP, on behalf of the State Agencies, to complete an environmental and socioeconomic project assessment and propose licensing conditions supporting the same.  RP § 12-111 permits surveys "for any governmental report, undertaking, or improvement."  Because PPRP, a division of the DNR, required that PSEG conduct field studies "so that PPRP can itself conduct the evaluation that, in turn, is mandated by law," the surveys the Company seeks are the type of survey authorized by the plain language of the statute.[1]  *See id.*

450.     In sum, because the Company is authorized and qualified to apply for a CPCN to construct a transmission line and to exercise condemnation authority to construct the Project pursuant to PUA § 7-207, it is a "body politic or corporate" with the "power of eminent domain" within the meaning of Section 12-111(a).

### **The Company Has Made Every Real And Bona Fide Effort, Including Requests In Writing, To Obtain Respondents' Consent to Enter Their Properties For The Purpose Of Taking Field And Environmental Surveys**

---

[1] Moreover, the Company's interpretation of RP § 12-111 conforms with longstanding Maryland precedent that has regarded temporary rights of entry prior to condemnation as constitutionally permissible.  *See Lafontaine's Heirs v. Lafontaine's Heirs*, 205 Md. 311, 320 (1954) ("Authorized temporary occupancy or momentary entry for purposes of survey or inspection is not a taking and may be done without compensation."); *Steuart v. Baltimore*, 7 Md. 500, 516 (1855) ("The constitutional prohibition against taking private property for public use, until compensation is first paid or tendered, means taking the property from the owner, and actually applying it to the use of the public.  It does not mean the preliminary measures necessary in such cases.  To hold that compensation must be paid or tendered, before a survey should be made, or other preparatory steps taken, would be a construction of the constitution not required by its language, or necessary for the protection of private rights.").

451. As set forth in the accompanying Declarations of Roger J. Trudeau, the Company has made numerous real and bona fide efforts to obtain each Respondent's consent so that the Company may enter onto their property for the purpose of taking surveys and obtaining information. Despite these real and bona fide attempts, each Respondent has refused consent for the Company to enter their property.

452. In addition to these real and bona fide efforts, on April 9, 2025, the Company issued a public statement conveying that it would file the instant action if consent could not be obtained from each Respondent by April 14, 2025. (Shilkoski Decl. ¶¶ 33–34.) The Company issued this public statement to provide full transparency to the Respondents and the public and to encourage resolution with Respondents, where possible, without the need for litigation. (Shilkoski Decl. ¶ 34.) Notwithstanding this public notice, nor the bona fide attempts made by the Company as described in the accompanying Declarations of Roger J. Trudeau, Respondents have not given their consent for the Company to enter the Subject Properties. Further, an organized and funded opposition, led by STOP MPRP, Inc., has urged property owners to refuse the Company access.

## CLAIM FOR RELIEF

### Count I: Injunctive Relief (RP § 12-111)
### (Against All Defendants)

453. The Company incorporates by reference each allegation contained in the preceding paragraphs as if set forth fully herein.

454. RP § 12-111 permits "civil engineers, land surveyors, real estate appraisers, and their assistants acting on behalf of . . . any body politic or corporate having the power of eminent domain" to enter on private land to "make surveys, run lines or levels, or obtain information relating to the acquisition or future public use of the property or for any governmental report, undertaking, or improvement," so long as the entity seeking entry has made "every real and bona

fide effort to notify the owner or occupant in writing with respect to the proposed entry." RP § 12-111(a).

455.    The Company is a "body politic or corporate having the power of eminent domain," as contemplated by RP § 12-111(a).

456.    The Company requires entry to Respondents' properties to perform surveys and gather information that is necessary to obtain a CPCN that will, in turn, permit the Company to construct the Project along Respondents' properties.

457.    The Company has made every real and bona fide effort in writing to notify each Respondent of the Company's need to enter each Respondent's property.

458.    Each Respondent has nonetheless refused permission to the Company or otherwise failed to respond to the Company's inquiries.

459.    Because each Respondent has not given the Company consent to enter their property, RP § 12-111(b) permits the Company to seek an order directing that they "be permitted to enter on and remain on" each Respondents' property "to the extent necessary to carry out" the requisite surveys and information gathering for the Company's CPCN application.

460.    Accordingly, the Company is entitled to an order that permits the Company to enter each of Respondents' properties for the purpose of conducting the surveys and gathering the information required by PPRP.

## PRAYER FOR RELIEF

WHEREFORE, PSEG Renewable Transmission respectfully requests that the Court:

A.    Enter an order pursuant to RP § 12-111 that:

a.  Permits PSEG Renewable Transmission to enter each Respondent's property through the date that the PSC issues a CPCN to PSEG Renewable Transmission for the purpose of conducting any required surveys; and

b.  Temporarily and permanently enjoins each Respondent from interfering with PSEG Renewable Transmission's access to each property; and

B.  Order such other and further relief as this Court deems just, proper, and equitable.

Date: July 15, 2025

Respectfully submitted,

*/s/ Kurt J. Fischer*
Kurt J. Fischer (Bar No. 03300)
Venable LLP
210 W. Pennsylvania Avenue
Suite 500
Towson, MD 21204
(410) 494-6200
kjfischer@venable.com

J. Joseph Curran III (Bar No. 22710)
Christopher S. Gunderson (Bar No. 27323)
Kenneth L. Thompson (Bar No. 03630)
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)
Venable LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
(410) 244-7400
klthompson@venable.com
csgunderson@venable.com
srschipper@venable.com
ejwilson@venable.com

*Attorneys for Plaintiff PSEG*
*Renewable Transmission LLC*

**CERTIFICATE OF SERVICE**

I hereby certify on this 15th day of July, 2025, I electronically filed the foregoing with the Court by using the CM/ECF system.  There is currently no counsel of record for Respondents.  I certify that I will serve the foregoing on Respondents.

/s/ Emily J. Wilson
Emily J. Wilson