IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC<br><br>*Petitioner,*<br><br>v.<br><br>ALVI PROPERTIES, LLC, *et al.*<br><br>*Respondents*. | Case No. 1:25-cv-02296-ABA |

### RESPONDENTS' MOTION TO DISMISS

For the reasons set forth in the accompanying memorandum, Respondents, Alvi Properties, LLC, Melvin E. Baile, Jr., Joan H. Baile, David Bollinger, Joy Bollinger, Dorothy Petry Bryant, Terri S. Crain, Clemson Farms I, LLC, Copper Penny Farm Properties, LLC, John Davis, Courtney Davis, Charles J. Dorman, Elton C. Flanery, Jr., Mary M. Flanery (Deceased), Beverly Gallagher, Brendan Gallagher, Sarah Dawn Gallager, Charles Gardetto, Nancy Gardetto, Michael Gassman, Elizabeth Gassman, Michael David Gaver, Evelyn Gaver, Lisa V. Gaver, Charles Green, Amanda Green, Brian Hannah, Hattery Farm, LLC, Hattery Family Revocable Trust Dated April 27, 2020, Daphne L. Henesy, John Charles Holmes, Maureen Elizabeth Holmes, Willard William Horton, Jr. Barbara H. Horton, Victoria Isaac, Peter B. Johnson, Mary Barr Johnson, David N. Klein, Jr., Aaron Krug, Amanda Krug, Jonathan Krumrine, Amanda Krumrine, Steven M. Kurdziolek, Elizabeth I. Van Lowe, Roland Harvey Mann, Jr., Sandra Martin, Earl W. Matlock, Jr., Benjamin Miller, Whitney Miller, Luke Tanner Mitchell, Frank Moran, Leticia P. Moran, Matthew D. Moran, Parick P. Morgan, Suzannah B. Moran, David Nelson Myers, Maria Teresa Myers, David Naill, Douglas Naill, John Naill, Ralph L. Naill, Jr., Tammy L. Naill, Paolo Nottingham, Melissa Nottingham, Steven Lee Phares, Paricia Ann Phares, Ralph Thomas Prophet, Molly Lynn Radonovich, Dianne Rose, R. Eileen Rice, Stephen Schroeder, Marjorie Schroeder, Stephen

Wayne Specht, Deborah J. Specht, Mark D. Springston, Johanna M. Springston, David Stair, Randy Stair, Greg Stull, Heidi Stull (f/k/a Heidi Tenebaum), William Richard Sykora, Kellyann Elizabeth Sykora, David E. Taggart, The Daniel B. Strickler Living Trust, The Geraldine O. Deckert Revocable Trust Created July 15, 2021, Douglas B. Tesdahl, Linda B. Tesdahl, Trust Created Under the Last Will and Testament of David S. Gaver, Paul Virtz, Catherine Virtz, Franklin Vleck, Jr., Vanessa Vleck, Wakefield Valley Acres, LLC, Wakefield Valley Manor, LLC, Jay Weinrich, Alicia Weinrich, James D. Werner, Elizabeth T. Werner, Darrly Eugene Whims, John Andrew Whitfield, Roger Wright, and Loretta Wright, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(7), hereby move to dismiss this action for failure to state a claim upon which relief can be granted and failure to join a party under Fed. R. Civ. P. 19.

    Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*

**REQUEST FOR HEARING**

Plaintiff requests a hearing on the Respondents' Motion to Dismiss.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August, 2025, copies of Respondents' Motion to Dismiss, together with the supporting Memorandum, Exhibits, and Proposed Order were served through the CM/ECF System on all counsel of record.

I FURTHER CERTIFY that, in accordance with Section III.C.2. of the Electronic Case Filing Policies and Procedures Manual and Local Rule 105.1.(a), a paper copy of the foregoing motion, memorandum, exhibits and proposed order will be delivered to the Clerk's Office within 48 hours of the electronic filing of this document.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein