IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC,<br><br>*Petitioner*,<br><br>v.<br><br>ALVI PROPERTIES, LLC, *et al.*,<br>*Respondents* | Case No. 25-cv-2296-ABA |

**ORDER**

On July 15, 2025, Petitioner PSEG Renewable Transmission LLC ("PSEG") filed this case ("PSEG 2") and an accompanying motion for preliminary injunction, ECF No. 124 (the "Motion"), to permit it to obtain temporary access to the properties of Respondents to perform non-invasive field surveys pursuant to Md. Code Ann., Real Property § 12-111. The Court previously granted PSEG's motion for a preliminary injunction in a nearly identical case with a different set of respondents. *See PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.*, Case No. 1:25-cv-01235-ABA ("PSEG 1"). Respondents oppose the Motion (ECF No. 144). Respondents have also moved to dismiss this case (ECF No. 143) for the same reasons as those raised in the motions to dismiss in PSEG 1. For the reasons explained in the Court's June 20, 2025 memorandum opinion in PSEG 1, *PSEG Renewable Transmission LLC v. Arentz Family, LP*, Case No. 1:25-cv-01235-ABA, 2025 WL 1725814 (D. Md. June 20, 2025), the Court hereby ORDERS as follows:

1. PSEG's Motion (ECF No. 124) is GRANTED. The Court notes that, since the Court's June 20, 2025 decision granting PSEG's motion for preliminary injunction

in PSEG 1, the Fourth Circuit has arguably heightened the standard for plaintiffs to show a likelihood of success on the merits under the *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7 (2008) factors. *See American Federation of Teachers v. Bessent*, No. 25-1282, 2025 WL 2313244, at *3 (4th Cir. Aug. 12, 2025) (holding that a plaintiff must show "an extremely high likelihood of success on each individual issue in order to have a normal likelihood of success overall"). Nevertheless, for the reasons already explained in depth in the Court's June 20, 2025 memorandum opinion in PSEG 1, PSEG has demonstrated that it is entitled to a preliminary injunction here, including under the *American Federation of Teachers* standard.

  2. Respondents' motion to dismiss (ECF No. 143) is DENIED; and

  3. Respondents' motion to defer consideration (ECF No. 145) is DENIED as MOOT.

Date: September 2, 2025

                 /s/
                 Adam B. Abelson
                 United States District Judge