**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **PSEG RENEWABLE TRANSMISSION LLC** | |
| *Petitioner,* | **Case No.** 1:25-cv-02296-ABA |
| v. | |
| **ALVI PROPERTIES, LLC,** *et al.* | |
| *Respondents.* | |

---

**ANSWER TO PETITION FOR INJUNCTIVE RELIEF TO OBTAIN TEMPORARY
ACCESS TO SUBJECT PROPERTIES FOR PERFORMING NON-INVASIVE FIELD
SURVEYS PURSUANT TO MD. CODE ANN., REAL PROPERTY § 12-111**

Respondents, Alvi Properties, LLC, Arnold Developer Associates, Inc., Melvin E. Baile, Jr., Joan H. Baile, Randy Bachtel, Michael J. Birrer, Elizabeth M. Birrer, David Bollinger, Joy Bollinger, Dorothy Petry Bryant, Terri S. Crain, Clemson Farms I, LLC, Copper Penny Farm Properties, LLC, John Davis, Cortney Davis, Leslie E. Deering, Charles J. Dorman, Donna L. Dorman, Elton C. Flanery, Jr., Mary M. Flanery (Deceased), Beverly Gallagher, Brendan Gallagher, Sarah Dawn Gallagher, Charles Gardetto, Nancy Gardetto, Michael Gassman, Elizabeth Gassman, Michael David Gaver, Evelyn Gaver, Lisa V. Gaver, Charles Green, James R. Green, Amanda Green, Brian Hannah, Michael Paul Harmon, Tracy H. Harmon, Hattery Farm, LLC, Hattery Family Revocable Trust Dated April 27, 2020, Daphne L. Henesy, John Charles Holmes, Maureen Elizabeth Holmes, Willard William Horton, Jr. Barbara H. Horton, Victoria Isaac, Peter B. Johnson, Mary Barr Johnson, Keeping Up Bottoms Up Irrevocable Trust Dated October 5, 2023, David N. Klein, Jr., Aaron Krug, Amanda Krug, Jonathan Krumrine, Amanda Krumrine, Steven M. Kurdziolek, John Lennarda, Joan Lewis, Elizabeth I. Van Lowe, Roland Harvey Mann, Jr., Sandra Martin, Earl W. Matlock, Jr., Benjamin Miller, Whitney Miller, Luke Tanner Mitchell,

Frank Moran, Leticia P. Moran, Matthew D. Moran, Parick P. Moran, Suzannah B. Moran, David Nelson Myers, Maria Teresa Myers, David Naill, Douglas Naill, John Naill, Ralph L. Naill, Jr., Tammy L. Naill, Paolo Nottingham, Melissa Nottingham, Steven Lee Phares, Patricia Ann Phares, Ralph Thomas Prophet, Molly Lynn Radonovich, John Adam Rose, Dianne Rose, R. Eileen Rice, Stephen Schroeder, Marjorie Schroeder, Stephen Wayne Specht, Deborah J. Specht, Mark D. Springston, Johanna M. Springston, David Stair, Randy Stair, Stair's Valley High Farms, LLC, Greg Stull, Heidi Stull (f/k/a Heidi Tenebaum), William Richard Sykora, Kellyann Elizabeth Sykora, Andrew Teimourian, David E. Taggart, The Daniel B. Strickler Living Trust, The Geraldine O. Deckert Revocable Trust Created July 15, 2021, Douglas B. Tesdahl, Linda B. Tesdahl, Trust Created Under the Last Will and Testament of David S. Gaver, Paul Virtz, Catherine Virtz, Franklin Vleck, Jr., Vanessa Vleck, Wakefield Valley Acres, LLC, Wakefield Valley Manor, LLC, Jay Weinrich, Alicia Weinrich, James D. Werner, Elizabeth T. Werner, Darryl Eugene Whims, John Andrew Whitfield, Roger Wright, and Loretta Wright (collectively, "Respondents"), by and through their undersigned counsel, submit this Answer to the Petition for Injunctive Relief to Obtain Temporary Access to Subject Properties for Performing Non-Invasive Field Surveys Pursuant to Md. Code Ann., Real Property § 12-111 ("the Petition") filed by Petitioner PSEG Renewable Transmission LLC ("Petitioner")

## **General Denial**

Except as expressly admitted below, and pursuant to Federal Rule of Civil Procedure 8(b)(3), Respondents generally deny all allegations in the Petition.

## **Nature of the Action**

1.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 1 of the Petition and therefore deny such allegations.

2.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 2 of the Petition and therefore deny such allegations.

3.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 3 of the Petition and therefore deny such allegations.

4.      Denied.

## Parties

5.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 5 of the Petition and therefore deny such allegations.

6.      Admitted.

7.      Admitted.

8.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 8 of the Petition and therefore deny such allegations.

9.      Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 9 of the Petition and therefore deny such allegations.

10.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 10 of the Petition and therefore deny such allegations.

11.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 11 of the Petition and therefore deny such allegations.

12.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 12 of the Petition and therefore deny such allegations.

13.     Admitted.

14.     Admitted.

15.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 15 of the Petition and therefore deny such allegations.

16.     Admitted.

17.     Admitted.

18.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 18 of the Petition and therefore deny such allegations.

19.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 19 of the Petition and therefore deny such allegations.

20.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 20 of the Petition and therefore deny such allegations.

21.     Admitted.

22.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 22 of the Petition and therefore deny such allegations.

23.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 23 of the Petition and therefore deny such allegations.

24.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 24 of the Petition and therefore deny such allegations.

25.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 25 of the Petition and therefore deny such allegations.

26.     Admitted.

27.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 27 of the Petition and therefore deny such allegations.

28.     Admitted.

29.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 29 of the Petition and therefore deny such allegations.

30.    Admitted.

31.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 31 of the Petition and therefore deny such allegations.

32.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 32 of the Petition and therefore deny such allegations.

33.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 33 of the Petition and therefore deny such allegations.

34.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 34 of the Petition and therefore deny such allegations.

35.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 35 of the Petition and therefore deny such allegations.

36.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 36 of the Petition and therefore deny such allegations.

37.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 37 of the Petition and therefore deny such allegations.

38.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 38 of the Petition and therefore deny such allegations.

39.    Admitted.

40.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 40 of the Petition and therefore deny such allegations.

41.    Admitted.

42.    Admitted.

43.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 43 of the Petition and therefore deny such allegations.

44.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 44 of the Petition and therefore deny such allegations.

45.    Admitted.

46.    Admitted.

47.    Admitted.

48.    Admitted.

49.    Admitted.

50.    Denied.

51.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 51 of the Petition and therefore deny such allegations.

52.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 52 of the Petition and therefore deny such allegations.

53.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 53 of the Petition and therefore deny such allegations.

54.    Admitted.

55.    Admitted.

56.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 56 of the Petition and therefore deny such allegations.

57.    Denied.

58.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 58 of the Petition and therefore deny such allegations.

59.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 59 of the Petition and therefore deny such allegations.

60.     Admitted.

61.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 61 of the Petition and therefore deny such allegations.

62.     Admitted.

63.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 63 of the Petition and therefore deny such allegations.

64.     Admitted.

65.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 65 of the Petition and therefore deny such allegations.

66.     Admitted.

67.     Denied.

68.     Admitted.

69.     Admitted.

70.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 70 of the Petition and therefore deny such allegations.

71.     Admitted.

72.     Admitted.

73.     Respondents admit the allegations in Paragraph 73 of the Petition with the clarification that this address is located on Bachmans Valley Road.

74.     Admitted.

75.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 75 of the Petition and therefore deny such allegations.

76.     Admitted.

77.     Denied.

78.     Admitted.

79.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 79 of the Petition and therefore deny such allegations.

80.     Admitted.

81.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 81 of the Petition and therefore deny such allegations.

82.     Admitted.

83.     Admitted.

84.     Admitted.

85.     Admitted.

86.     Admitted.

87.     Denied.

88.     Admitted.

89.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 89 of the Petition and therefore deny such allegations.

90.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 86 of the Petition and therefore deny such allegations.

91.     Denied.

92.    Admitted.

93.    Denied.

94.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 94 of the Petition and therefore deny such allegations.

95.    Admitted.

96.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 96 of the Petition and therefore deny such allegations.

97.    Denied.

98.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 98 of the Petition and therefore deny such allegations.

99.    Admitted.

100.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 100 of the Petition and therefore deny such allegations.

101.    Admitted.

102.    Admitted.

103.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 103 of the Petition and therefore deny such allegations.

104.    Respondents admit the allegations in Paragraph 104 of the Petition with the clarification that this address is located in Manchester, Maryland.

105.    Respondents admit the allegations in Paragraph 105 of the Petition with the following clarifications: (i) Respondent Heidi Tenebaum's name changed from Heidi Tenebaum to Heidi Stull following her marriage to Greg Stull, and (ii) this address is located in Manchester, Maryland.

106.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 106 of the Petition and therefore deny such allegations.

107.    Admitted.

108.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 108 of the Petition and therefore deny such allegations.

109.    Admitted.

110.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 110 of the Petition and therefore deny such allegations.

111.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 111 of the Petition and therefore deny such allegations.

112.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 112 of the Petition and therefore deny such allegations.

113.    Admitted.

114.    Admitted.

115.    Admitted.

116.    Admitted.

117.    Denied.

118.    Denied.

119.    Admitted.

120.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 120 of the Petition and therefore deny such allegations.

121.    Admitted.

122.    Admitted.

123.    Admitted.

124.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 124 of the Petition and therefore deny such allegations.

125.    Admitted.

126.    Admitted.

127.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 127 of the Petition and therefore deny such allegations.

128.    Admitted.

129.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 129 of the Petition and therefore deny such allegations.

130.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 130 of the Petition and therefore deny such allegations.

131.    Admitted.

132.    Admitted.

133.    Admitted.

134.    Admitted.

135.    Admitted.

136.    Admitted.

137.    Admitted.

138.    Admitted.

139.    Admitted.

140.    Admitted.

141.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 141 of the Petition and therefore deny such allegations.

142.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 142 of the Petition and therefore deny such allegations.

143.    Denied.

144.    Denied.

145.    Admitted.

146.    Admitted.

147.    Respondents admit that Melvin E. Baile, Jr. lives at the stated address and deny the remainder of the allegations of Paragraph 147 of the Petition.

148.    Admitted.

149.    Denied.

150.    Denied.

151.    Admitted.

152.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 152 of the Petition and therefore deny such allegations.

153.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 153 of the Petition and therefore deny such allegations.

154.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 154 of the Petition and therefore deny such allegations.

155.    Admitted.

156.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 156 of the Petition and therefore deny such allegations.

157.     Denied.

158.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 158 of the Petition and therefore deny such allegations.

159.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 159 of the Petition and therefore deny such allegations.

160.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 160 of the Petition and therefore deny such allegations.

161.     Admitted.

162.     Admitted.

163.     Admitted.

164.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 164 of the Petition and therefore deny such allegations.

165.     Admitted.

166.     Admitted.

167.     Admitted.

168.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 168 of the Petition and therefore deny such allegations.

169.     Admitted.

170.     Respondents admit the allegations in Paragraph 170 of the Petition with the clarification that this address is also known as New Bachmans Valley Road.

171.     Admitted.

172.     Denied.

173.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 173 of the Petition and therefore deny such allegations.

174.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 174 of the Petition and therefore deny such allegations.

175.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 175 of the Petition and therefore deny such allegations.

176.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 176 of the Petition and therefore deny such allegations.

177.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 177 of the Petition and therefore deny such allegations.

178.    Admitted.

179.    Respondents admit that Roland Harvey Mann, Jr. lives at the stated address and deny the remainder of the allegations of Paragraph 179 of the Petition.

180.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 180 of the Petition and therefore deny such allegations.

181.    Admitted.

182.    Admitted.

183.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 183 of the Petition and therefore deny such allegations.

184.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 184 of the Petition and therefore deny such allegations.

185.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 185 of the Petition and therefore deny such allegations.

186.    Admitted.

187.    Admitted.

188.    Admitted.

189.    Admitted.

190.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 190 of the Petition and therefore deny such allegations.

191.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 191 of the Petition and therefore deny such allegations.

192.    Denied.

193.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 193 of the Petition and therefore deny such allegations.

194.    Denied.

195.    Admitted.

196.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 196 of the Petition and therefore deny such allegations.

197.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 197 of the Petition and therefore deny such allegations.

198.    Admitted.

199.    Admitted.

200.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 200 of the Petition and therefore deny such allegations.

201.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 201 of the Petition and therefore deny such allegations.

202.    Admitted.

203.    Admitted.

204.    Admitted.

205.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 205 of the Petition and therefore deny such allegations.

206.    Admitted.

## Jurisdiction and Venue

207.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 207 of the Petition and therefore deny such allegations.

208.    Admitted.

209.    Respondents admit that Arnold Developer Associates, Inc. is a Maryland corporation with its principal place of business located in Maryland, and deny the remaining allegations contained in Paragraph 209.

210.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 210 of the Petition and therefore deny such allegations.

211.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 211 of the Petition and therefore deny such allegations.

212.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 212 of the Petition and therefore deny such allegations.

213.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 213 of the Petition and therefore deny such allegations.

214.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 214 of the Petition and therefore deny such allegations.

215.    Admitted.

216.    Admitted.

217.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 217 of the Petition and therefore deny such allegations.

218.    Denied.

219.    Admitted.

220.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 220 of the Petition and therefore deny such allegations.

221.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 221 of the Petition and therefore deny such allegations.

222.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 222 of the Petition and therefore deny such allegations.

223.    Denied.

224.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 224 of the Petition and therefore deny such allegations.

225.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 225 of the Petition and therefore deny such allegations.

226.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 226 of the Petition and therefore deny such allegations.

227.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 227 of the Petition and therefore deny such allegations.

228.    Admitted.

229.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 229 of the Petition and therefore deny such allegations.

230.    Denied.

231.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 231 of the Petition and therefore deny such allegations.

232.    Denied.

233.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 233 of the Petition and therefore deny such allegations.

234.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 234 of the Petition and therefore deny such allegations.

235.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 235 of the Petition and therefore deny such allegations.

236.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 236 of the Petition and therefore deny such allegations.

237.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 237 of the Petition and therefore deny such allegations.

238.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 238 of the Petition and therefore deny such allegations.

239.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 239 of the Petition and therefore deny such allegations.

240.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 240 of the Petition and therefore deny such allegations.

241.    Denied.

242.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 242 of the Petition and therefore deny such allegations.

243.    Admitted.

244.    Admitted.

245.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 245 of the Petition and therefore deny such allegations.

246.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 246 of the Petition and therefore deny such allegations.

247.    Admitted.

248.    Admitted.

249.    Admitted.

250.    Admitted.

251.    Admitted.

252.    Admitted.

253.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 253 of the Petition and therefore deny such allegations.

254.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 254 of the Petition and therefore deny such allegations.

255.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 255 of the Petition and therefore deny such allegations.

256.    Admitted.

257.    Admitted.

258.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 258 of the Petition and therefore deny such allegations.

259.    Admitted.

260.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 260 of the Petition and therefore deny such allegations.

261.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 261 of the Petition and therefore deny such allegations.

262.    Admitted.

263.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 263 of the Petition and therefore deny such allegations.

264.    Admitted.

265.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 265 of the Petition and therefore deny such allegations.

266.    Admitted.

267.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 267 of the Petition and therefore deny such allegations.

268.    Admitted.

269.    Admitted.

270.    Admitted.

271.    Admitted.

272.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 272 of the Petition and therefore deny such allegations.

273.    Admitted.

274.    Admitted.

275.    Admitted.

276.    Admitted.

277.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 277 of the Petition and therefore deny such allegations.

278.    Admitted.

279.    Admitted.

280.    Admitted.

281.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 281 of the Petition and therefore deny such allegations.

282.    Admitted.

283.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 283 of the Petition and therefore deny such allegations.

284.    Admitted.

285.    Admitted.

286.    Admitted.

287.    Admitted.

288.    Admitted.

289.    Denied.

290.    Admitted.

291.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 291 of the Petition and therefore deny such allegations.

292.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 292 of the Petition and therefore deny such allegations.

293.    Admitted.

294.    Admitted.

295.    Denied.

296.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 296 of the Petition and therefore deny such allegations.

297.    Admitted.

298.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 298 of the Petition and therefore deny such allegations.

299.    Denied.

300.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 300 of the Petition and therefore deny such allegations.

301.    Admitted.

302.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 302 of the Petition and therefore deny such allegations.

303.    Admitted.

304.    Admitted.

305.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 305 of the Petition and therefore deny such allegations.

306.    Admitted.

307.    Respondents admit the allegations in Paragraph 307 of the Petition with the clarification that Respondent Heidi Tenebaum's name changed from Heidi Tenebaum to Heidi Stull following her marriage to Greg Stull.

308.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 308 of the Petition and therefore deny such allegations.

309.    Admitted.

310.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 310 of the Petition and therefore deny such allegations.

311.    Admitted.

312.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 312 of the Petition and therefore deny such allegations.

313.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 313 of the Petition and therefore deny such allegations.

314.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 314 of the Petition and therefore deny such allegations.

315.    Admitted.

316.    Admitted.

317.    Admitted.

318.    Admitted.

319.    Admitted.

320.    Admitted.

321.    Admitted.

322.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 322 of the Petition and therefore deny such allegations.

323.    Admitted.

324.    Admitted.

325.    Admitted.

326.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 326 of the Petition and therefore deny such allegations.

327.    Admitted.

328.    Admitted.

329.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 329 of the Petition and therefore deny such allegations.

330.    Admitted.

331.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 331 of the Petition and therefore deny such allegations.

332.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 332 of the Petition and therefore deny such allegations.

333.    Admitted.

334.    Admitted.

335.    Admitted.

336.    Admitted.

337.    Admitted.

338.    Admitted.

339.    Admitted.

340.    Admitted.

341.    Admitted.

342.    Admitted.

343.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 343 of the Petition and therefore deny such allegations.

344.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 344 of the Petition and therefore deny such allegations.

345.    Denied.

346.    Admitted.

347.    Admitted.

348.    Admitted.

349.    Admitted.

350.    Admitted.

351.    Admitted.

352.    Denied.

353.    Admitted.

354.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 354 of the Petition and therefore deny such allegations.

355.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 355 of the Petition and therefore deny such allegations.

356.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 356 of the Petition and therefore deny such allegations.

357.    Admitted.

358.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 358 of the Petition and therefore deny such allegations.

359.    Admitted.

360.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 360 of the Petition and therefore deny such allegations.

361.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 361 of the Petition and therefore deny such allegations.

362.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 362 of the Petition and therefore deny such allegations.

363.    Admitted.

364.    Admitted.

365.    Admitted.

366.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 366 of the Petition and therefore deny such allegations.

367.    Admitted.

368.    Admitted.

369.    Admitted.

370.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 370 of the Petition and therefore deny such allegations.

371.    Admitted.

372.    Admitted.

373.    Admitted.

374.    Admitted.

375.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 375 of the Petition and therefore deny such allegations.

376.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 376 of the Petition and therefore deny such allegations.

377.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 377 of the Petition and therefore deny such allegations.

378.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 378 of the Petition and therefore deny such allegations.

379.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 379 of the Petition and therefore deny such allegations.

380.     Admitted.

381.     Admitted.

382.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 382 of the Petition and therefore deny such allegations.

383.     Admitted.

384.     Admitted.

385.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 385 of the Petition and therefore deny such allegations.

386.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 386 of the Petition and therefore deny such allegations.

387.     Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 387 of the Petition and therefore deny such allegations.

388.     Admitted.

389.    Admitted.

390.    Admitted.

391.    Admitted.

392.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 392 of the Petition and therefore deny such allegations.

393.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 393 of the Petition and therefore deny such allegations.

394.    Admitted.

395.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 395 of the Petition and therefore deny such allegations.

396.    Admitted.

397.    Admitted.

398.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 398 of the Petition and therefore deny such allegations.

399.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 399 of the Petition and therefore deny such allegations.

400.    Admitted.

401.    Admitted.

402.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 402 of the Petition and therefore deny such allegations.

403.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 403 of the Petition and therefore deny such allegations.

404.    Admitted.

405.    Admitted.

406.    Admitted.

407.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 407 of the Petition and therefore deny such allegations.

408.    Admitted.

409.    Admitted.

## **Factual Background**

410.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 410 of the Petition and therefore deny such allegations.

411.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 411 of the Petition and therefore deny such allegations.

412.    Paragraph 412 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 412 of the Petition and therefore deny such allegations.

413.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 413 of the Petition and therefore deny such allegations.

414.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 414 of the Petition and therefore deny such allegations.

415.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 415 of the Petition and therefore deny such allegations.

416.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 416 of the Petition and therefore deny such allegations.

417.    Paragraph 417 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 417 of the Petition and therefore deny such allegations.

418.    Paragraph 418 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 418 of the Petition and therefore deny such allegations.

419.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 419 of the Petition and therefore deny such allegations.

420.    Paragraph 420 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 420 of the Petition and therefore deny such allegations.

421.    Paragraph 421 contains legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law. Otherwise, Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 421 of the Petition and therefore deny such allegations.

422.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 422 of the Petition and therefore deny such allegations.

423.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 423 of the Petition and therefore deny such allegations.

424.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 424 of the Petition and therefore deny such allegations.

425.    The allegations contained in Paragraph 425 of the Petition are denied, except that Respondents admit that Exhibits 1, 2 and 3 to the Petition are comments from Carroll, Frederick and Baltimore Counties, which speak for themselves.

426.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 426 of the Petition and therefore deny such allegations.

427.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 427 of the Petition and therefore deny such allegations.

428.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 428 of the Petition and therefore deny such allegations.

429.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 429 of the Petition and therefore deny such allegations.

430.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 430 of the Petition and therefore deny such allegations.

431.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 431 of the Petition and therefore deny such allegations.

432.    Respondents admit that they have denied Petitioner entry to their properties and that Petitioner seeks an order from this court.  Respondents deny the remainder of the allegations in Paragraph 432 of the Petition.

433.    Respondents admit that Petitioner filed an action and moved for a preliminary injunction in this Court on April 15, 2025, but deny Petitioner's characterization of that action.

434.    Admitted.

435.    Admitted.

436.    Respondents deny the allegations contained in Paragraph 436 of the Petition, except that Respondents admit that the Court entered interlocutory rulings in *PSEG Renewable Transmission LLC v. Arentz Fam., LP* on June 20, 2025, which speaks for themselves.

437.    Respondents admit this Court issued a preliminary injunction but deny Petitioner's selective characterization of the injunction. Respondents deny the remainder of the allegations in Paragraph 437 of the Petition.

438.    Admitted.

439.    Respondents admit this Court modified the preliminary injunction and denied a stay but deny Petitioner's selective characterization of the orders. Respondents deny the remainder of the allegations in Paragraph 439 of the Petition.

440.    Paragraph 440 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

441.    Paragraph 441 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

442.    Paragraph 442 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

443.    Paragraph 443 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

444.    Denied.

445.    Paragraph 445 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

446.    Denied.

447.    Paragraph 447 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

448.    Denied.

449.    Denied.

450.    Denied.

451.    Respondents admit that they have refused consent for Petitioner to enter their properties. Respondents deny the remaining allegations contained in Paragraph 451 of the Petition.

452.    Respondents admit that they have not given consent for Petitioner to enter their properties. Respondents deny the remaining allegations contained in Paragraph 452 of the Petition.

**CLAIM FOR RELIEF**
**Count I: Injunctive Relief (RP § 12-111)**
**(Against All Defendants)**

453.    Respondents incorporate by reference their responses to the allegations contained in the preceding paragraphs as if set forth fully herein.

454.    Paragraph 454 consists of legal conclusions, and Respondents deny Petitioner's recitation and characterization of the law.

455.    Denied.

456.    Respondents lack sufficient knowledge or information to form a belief regarding the allegations contained in Paragraph 456 of the Petition and therefore deny such allegations.

457.    Denied.

458.    Respondents admit that they have refused to permit Petitioner to enter their properties and deny the remaining allegations of Paragraph 458 of the Petition.

459.    Denied.

460.    Denied.

The remainder of the allegations in the Petition constitute a prayer for relief, to which no response is required. To the extent that an answer is required, Respondents deny all allegations. All allegations not specifically admitted or denied are hereby denied.

## Affirmative Defenses

1.     Petitioner has not stated a claim upon which relief can be granted. Respondents also incorporate the defenses raised in Respondents' Motion to Dismiss (ECF 143).

2.     Petitioner is not "a body politic or corporate having the power of eminent domain," and therefore has no rights under § 12-111 of the Real Property Article of the Maryland Code.

3.     Petitioner's claims are barred because Respondents have a right to exclude others from their real property.

4.     Petitioner's claims are barred because the access it seeks to Respondents' private properties, without payment of just compensation, violates state and federal law. Md. Const. Art. III, § 40; U.S. Const. Amend. V, cl. 4.

5.     This Court should decline to exercise jurisdiction under *Burford v. Sun Oil Co.*, 319 U.S. 315, 318 (1943).

6.     Petitioner's claims are barred, in whole or in part, by a failure to exhaust administrative remedies.

7.     Petitioner's claims are barred, in whole or in part, because of its failure to join necessary or indispensable parties, as required for a proper adjudication of this action.

8.     Petitioner's claims against Mary M. Flanery are barred because she is deceased and does not have the capacity to be sued.

9.     Petitioner's claims against various trusts are barred because the trusts are not distinct legal entities and do not have the capacity to be sued.

Respectfully submitted,

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein (Fed. Bar No. 29694)
David M. Wyand (Fed. Bar No. 23413)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 South Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
heisenstein@rosenbergmartin.com
dwyand@rosenbergmatin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October 2025, a copy of the foregoing Answer

was served through the CM/ECF System on all counsel of record.

*/s/ Harris W. Eisenstein*
Harris W. Eisenstein