IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Northern Division**

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | | Case No. 1:25-cv-2296 |
| | * | |
| ALVI PROPERTIES, LLC, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### OCTOBER 20, 2025 DECLARATION OF DAWN SHILKOSKI

I, Dawn Shilkoski, pursuant to 28 U.S.C. § 1746, hereby swear as follows under penalty of perjury:

1. I am over 18 years of age and fully competent to give this Declaration.

2. I am employed as a Senior Project Manager at PSEG Services Corporation. In this capacity, I manage high voltage electric transmission upgrade projects on behalf of Public Service Enterprise Group, Inc. ("PSEG") and its subsidiary, PSEG Renewable Transmission LLC ("PSEG Renewable Transmission," the "Company," or the "Petitioner"). PSEG Services Corporation is an affiliate of and provides services to the Petitioner.

3. PSEG is headquartered in Newark, New Jersey and provides electric and gas services to millions of residential and commercial customers. It also owns and maintains 834 miles of high voltage electric transmission rights of way.

4. I have a Bachelor of Engineering from Stevens Institute of Technology and a Master of Business Administration ("MBA") from Rutgers University. I have been employed by

1

PSEG for approximately thirteen and a half years.

5. My duties and job responsibilities include, among other things, ensuring the Maryland Piedmont Reliability Project ("MPRP" or the "Project") meets its defined scope, schedule, and budget. My work experience and responsibilities have made me familiar with the nature and scope of the property surveys and inspections that PSEG Renewable Transmission is performing in connection with seeking regulatory approval for and construction with the MPRP electric transmission line.

6. The MPRP is an approximately 67-mile 500 kilovolt alternating current, single circuit overhead transmission line that is proposed to traverse portions of Baltimore, Carroll and Frederick Counties.

7. Pursuant to an Amended Preliminary Injunction in *PSEG Renewable Transmission, LLC v. Arentz Family, P.P.* Case No. 25-cv-1235-ABA ("PSEG I"), on July 17, 2025, PSEG assembled its survey crews and began providing notice of entry to certain respondents in that case. On or about July 21, 2025, PSEG began conducting field surveys in accordance with the Amended Preliminary Injunction. This Court granted a similar preliminary injunction in this case on September 2, 2025 and surveys have continued on properties involved in both cases.

8. Recently, however, some property owners subject to a preliminary injunction have suggested that, even if surveyors are physically present on their properties, they may engage in, or permit, hunting on the properties during the Maryland hunting season. Specifically, on or about September 9, 2025, Victoria Issac, who is a Respondent in this case, contacted PSEG and left a voicemail message stating: "My name is Victoria Isaac, and my property is on the route for your MPRP project. I have been told that the court has ordered you to have access to my property and I'm calling because I want to make sure that I am home when the survey happens. And to let you

know the people on my property and I don't want anybody out there.  Not knowing what kind of insurance that you carry, don't want anybody to be on the property without me being home or when potential [sic], the hunters are going to be on the property since it's now deer season[.]"

9. On or about September 25, 2025, Michael Davis, a Respondent in PSEG I, posted a photo of PSEG's survey notice on Facebook in the STOP MPRP Community Group.  **Exhibit A** to this Declaration is a copy of this post and comments made to it.  In the comment section, Mr. Davis made the following statement: "*It's hunting season, I've got plenty of deer. Survey at your own risk.*" (emphasis added).  Another commenter in the same chain posted the following message on Mr. Davis' post: "*Offer to make sure they are safe and escort them with a 12 gauge, since they are so concerned about safety, there shouldn't be any complaints*."  *Id.*

10. After receiving these indications that at least two property owners believed that they were entitled to hunt, or permit hunting, on days for which PSEG had given notice that it intended to conduct surveys, I authorized the stop of survey work on the properties where the property owner suggested that he or she intended to permit hunting while surveyors were on his or her property.

Case 1:25-cv-02296-ABA    Document 172-1    Filed 10/24/25    Page 4 of 4

I solemnly affirm under the penalties of perjury and upon personal knowledge that the foregoing is true and correct.

Dated: _____10/20/25_____         _____[signature]_____
                                   Dawn Shilkoski