# EXHIBIT A

20:20

**STOP MPRP Community Group**
Michael Davis · 2h

How many times can they post your property? When is enough, enough? This is the third time!

---

**MPRP**
MARYLAND PIEDMONT
RELIABILITY PROJECT

○ PSEG

**NOTICE**

1004 Freeland Road, Freeland, MD 21053

Site Address: _____

Date of Notice: 9/24/25

Dear Property Owner/Current Resident:

Beginning **9/29** 2025 and through **10/17** 2025, between the hours of 8 a.m. and 5 p.m., representatives working on behalf of PSEG and the Maryland Piedmont Reliability Project (MPRP) will be accessing the above property to conduct environmental and land surveys pursuant to the Order of Court dated June 20, 2025 in the United States District Court in the District of Maryland in PSEG RENEWABLE TRANSMISSION LLC v. ARENTZ FAMILY, LP, et al., Case No. 1:25-cv-01235-ABA, a copy of which has already been served on you.

Please contact your Land Agent for additional information or visit MPRP.com to learn more about this project.

Safety is our highest priority. It is essential that you and anyone using your property, including children and pets, refrain from going near our activity zones.

1-833-451-MPRP (6777)

**CLS**   MPRP
MARYLAND PIEDMONT
RELIABILITY PROJECT
○ PSEG

Bryan McGregor
Sr. ROW Agent for Contract Land Staff
Representing PSEG

5000 West Tilghman St. Suite 157, Allentown, PA 18104

---

👍 Like    💬 Comment    ➤ Send

😡😮👍 10

Write a comment...

20:20

**STOP MPRP Community Group**
Michael Davis · 2h

Write a reply...

**Ann Whitaker** 🏆 Top contributor
My property was posted 3 times too. Never saw anyone though

1h   Like   Reply

**Michael Davis** ✎ Author ⭐
**Ann Whitaker** same.

1h   Like   Reply

Write a reply...

**Brandon Hill** ◆ Admin
It is painful.

2h   Like   Reply            1 👍

**Michael Davis** ✎ Author ⭐
**Brandon Hill** it's hunting season, I've got plenty of deer. Survey at your own risk.

1h   Like   Reply

Write a reply...

**Brandon Hawkins**
I'd build a outhouse, and just remove the 💩

26m   Like   Reply

Write a comment...

21:57 

 **STOP MPRP Community Group**
★ Rising contributor   Michael Davis · 4h

that's visible to the landowners.

1h   Like   Reply

 **Alex Gerstmyer**
The cell number is cut off, give us something to call and ridicule!

21m   Like   Reply

 **Brandon Hawkins**
I'd build a outhouse, and just remove the 

2h   Like   Reply

 **Shelly LC**
So sad. Im so sorry you have to go through this! Im sure it's beyond stressful!

19m   Like   Reply

 **Scott Matteson**
I see them meeting at the Westminster mall outside the old Sears store the past 2 mornings, around 8am

1h   Like   Reply            1 

 **Pops Spliff** ★ Rising contributor
Offer to make sure they are safe and escort them with a 12 gauge, since they are so concerned about safety, there shouldn't be any complaints.....

18m   Like   Reply

   Write a comment...