IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-2296 |
| | * | |
| ALVI PROPERTIES, LLC, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Petitioner's Motion to Shorten Respondents' Time to Respond to Petitioner's Motion to Clarify the Amended Preliminary Injunction to Prohibit Hunting on Noticed Survey Days, ECF No. 173, it is on this ___24th___ day of October, 2025

ORDERED:

(1) That the Motion is GRANTED; and

(2) That Respondents shall respond to Petitioner's Motion to Clarify the Preliminary Injunction to Prohibit Hunting on Noticed Survey Days within three business days of the date of this Order.

_____/s/_____
Adam B. Abelson
United States District Judge