## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

PSEG RENEWABLE TRANSMISSION LLC,

    Petitioner,

    v.

ARENTZ FAMILY, LP, *et al.*,

    Respondents

Case Nos.:
    25-cv-1235-ABA
    25-cv-2296-ABA
    25-cv-3352-ABA
    25-cv-3392-ABA
    25-cv-3501-ABA

## ORDER

The Court held a case management conference on Wednesday, October 29, 2025 at 10:00 A.M. ET for the above-captioned cases. The Court hereby ORDERS as follows:

1.    The parties shall file a joint status report on or before **October 31, 2025** accepting one of the Court's proposed dates for a hearing on the Motions to Clarify the Preliminary Injunction (25-cv-1235 ECF No. 302; 25-cv-2296 ECF No. 172), the Motion for Sanctions (25-cv-2296 ECF No. 171), and the Motions for Preliminary Injunction (25-cv-3352 ECF No. 65; 25-cv-3392 ECF No. 4; 25-cv-3501 ECF No. 5);

2.    Respondents for Case Nos. 25-cv-1235 and 25-cv-2296 shall file their responsive briefs for the Motions to Clarify the Preliminary Injunction (25-cv-1235 ECF No. 302; 25-cv-2296 ECF No. 172) on or before **October 31, 2025**; and

3.    Petitioner shall file any reply brief for the Motions to Clarify the Preliminary Injunction (25-cv-1235 ECF No. 302; 25-cv-2296 ECF No. 172) on or before **November 4, 2025**.

Date:  October 30, 2025

                         **/s/**
                         Adam B. Abelson
                         United States District Judge