IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, <br><br> *Petitioner*, <br><br> v. <br><br> ALVI PROPERTIES, LLC, *et al.*, <br> *Respondents* | Case No. 25-cv-2296-ABA |

**ORDER**

The Court hereby ORDERS parties to file status reports every 30 days beginning **Thursday, November 19, 2025**.


Date:  October 30, 2025

                                                    */s/*
                                      Adam B. Abelson
                                    United States District Judge