## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### Northern Division

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-1235 |
| ARENTZ FAMILY, LP, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-2296 |
| ALVI PROPERTIES, LLC, *et al.*, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| PSEG RENEWABLE TRANSMISSION LLC, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:25-cv-03352 |
| BELFAST FARMS, LLC, | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

1

**JOINT STATUS REPORT**

On October 29, 2025, during a status conference in the above-captioned cases, the Court directed the parties to submit, by October 31, 2025, a Joint Status Report stating their availability for an in-person hearing on the following pending motions:[1]

(1) Petitioner's Motions to Clarify the Preliminary Injunction, pending in *PSEG Renewable Transmission LLC v. Arentz Family, LP* ("*PSEG 1*") (ECF 302) and *PSEG Renewable Transmission LLC v. Alvi Properties, LLC* ("*PSEG 2*") (ECF 172);

(2) Petitioner's Motion to Hold Respondent James G. Averill in Contempt of Court, pending in *PSEG 2* (ECF 171); and

(3) Petitioner's Motion for Preliminary Injunction, pending in *PSEG Renewable Transmission LLC v. Belfast Farms, LLC* ("*PSEG 3*") (ECF 65).

Undersigned counsel is available for an in-person hearing on November 25, 2025. With respect to Petitioner's Motion to Hold Respondent James G. Averill in Contempt of Court, pending in *PSEG 2* (ECF 171), counsel for Petitioner respectfully requests clarification as to whether the Court intends to receive evidence of Petitioner's attorney's fees incurred in connection with the motion at the November 25, 2025 hearing.

---

[1] The parties also note that, on October 30, 2025, in *PSEG Renewable Transmission LLC v. Andrea Elizabeth Kable*, Case No. 1:25-cv-3501, the Court entered an order directing that "the parties shall file a joint status report on or before October 31, 2025 accepting one of the Court's proposed dates for a hearing on the Motions to Clarify the Preliminary Injunction." (ECF 12.)

Date: October 31, 2025                                   Respectfully submitted,

/s/ Kurt J. Fischer                                       /s/ Harris W. Eisenstein[2]
Kurt J. Fischer (Bar No. 03300)                           Harris W. Eisenstein (Bar No. 29694)
Venable LLP                                               David M. Wyand (Bar No. 23413)
210 W. Pennsylvania Avenue                                Lauren M. McLarney (Bar No. 20982)
Suite 500                                                 Rosenberg Martin Greenberg, LLP
Towson, MD 21204                                          25 S. Charles Street 21st Floor
(410) 494-6200                                            Baltimore, Maryland 21201
kjfischer@venable.com                                     Phone: (410) 727-6600
                                                          Fax: (410) 727-1115
J. Joseph Curran III (Bar No. 22710)                      heisenstein@rosenbergmartin.com
Christopher S. Gunderson (Bar No. 27323)                  dwyand@rosenbergmatin.com
Kenneth L. Thompson (Bar No. 03630)                       lmclarney@rosenbergmartin.com
Susan R. Schipper (Bar No. 19640)
Emily J. Wilson (Bar No. 20780)                           /s/ Michael J. Hinkle[3]
Venable LLP                                               Michael J. Hinkle (Bar. No. 19669)
750 E. Pratt Street                                       Timmerman, Beaulieu & Hinkle, LLC
Suite 900                                                 215 Washington Avenue, Suite 402
Baltimore, MD 21202                                       Towson, MD 21204
(410) 244-7400                                            Tel. 443-608-5515
jcurran@venable.com                                       Fax. 443-927-8899
klthompson@venable.com                                    mjh@tbhelaw.com
csgunderson@venable.com
srschipper@venable.com                                    /s/ Susan M. Euteneuer[4]
ejwilson@venable.com                                      Susan M. Euteneuer (AIS# 0112110228)
                                                          SEuteneuer@PKLaw.com
*Attorneys for Petitioner PSEG Renewable*                 PESSIN KATZ LAW, P.A.
*Transmission LLC*                                        901 Dulaney Valley Road, Suite 500
                                                          Towson, Maryland 21204
                                                          410.938.8800

                                                          *Attorneys for Respondents*

---

[2] Signed electronically with permission by Emily J. Wilson.
[3] Signed electronically with permission by Emily J. Wilson.
[4] Signed electronically with permission by Emily J. Wilson.

3

## CERTIFICATE OF SERVICE

I hereby certify on this 31st day of October 2025, I electronically filed and served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Emily J. Wilson*
Emily J. Wilson
