

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727-1115
www.rosenbergmartin.com

November 20, 2025

*Via CM/ECF*
The Honorable Adam B. Abelson
U.S. District Court Judge
United States District Court
  for the District of Maryland
101 W Lombard Street
Baltimore, MD 21201

      Re:    <u>Status Report</u>
               *PSEG Renewable Transmission LLC v. Alvi Properties, LLC, et al.*
               In the United States District Court for the District of Maryland
               Case No. 1:25-cv-02296-ABA

Dear Judge Abelson:

      Pursuant to the Court's Order dated October 30, 2025 (ECF 178), Respondents, Alvi Properties, LLC, Arnold Developer Associates, Inc., Melvin E. Baile, Jr., Joan H. Baile, Randy Bachtel, Michael J. Birrer, Elizabeth M. Birrer, David Bollinger, Joy Bollinger, Dorothy Petry Bryant, Terri S. Crain, Clemson Farms I, LLC, Copper Penny Farm Properties, LLC, John Davis, Cortney Davis, Leslie E. Deering, Charles J. Dorman, Donna L. Dorman, Elton C. Flanery, Jr., Mary M. Flanery (Deceased), Beverly Gallagher, Brendan Gallagher, Sarah Dawn Gallagher, Charles Gardetto, Nancy Gardetto, Michael Gassman, Elizabeth Gassman, Michael David Gaver, Evelyn Gaver, Lisa V. Gaver, Charles Green, James R. Green, Amanda Green, Brian Hannah, Michael Paul Harmon, Tracy H. Harmon, Hattery Farm, LLC, Hattery Family Revocable Trust Dated April 27, 2020, Daphne L. Henesy, John Charles Holmes, Maureen Elizabeth Holmes, Willard William Horton, Jr. Barbara H. Horton, Victoria Isaac, Peter B. Johnson, Mary Barr Johnson, Keeping Up Bottoms Up Irrevocable Trust Dated October 5, 2023, David N. Klein, Jr., Aaron Krug, Amanda Krug, Jonathan Krumrine, Amanda Krumrine, Steven M. Kurdziolek, John Lennarda, Joan Lewis, Elizabeth I. Van Lowe, Roland Harvey Mann, Jr., Sandra Martin, Earl W. Matlock, Jr., Benjamin Miller, Whitney Miller, Luke Tanner Mitchell, Frank Moran, Leticia P. Moran, Matthew D. Moran, Parick P. Moran, Suzannah B. Moran, David Nelson Myers, Maria Teresa Myers, David Naill, Douglas Naill, John Naill, Ralph L. Naill, Jr., Tammy L. Naill, Paolo Nottingham, Melissa Nottingham, Steven Lee Phares, Patricia Ann Phares, Ralph Thomas Prophet, Molly Lynn Radonovich, John Adam Rose, Dianne Rose, R. Eileen Rice, Stephen Schroeder, Marjorie Schroeder, Stephen Wayne Specht, Deborah J. Specht, Mark D. Springston, Johanna M. Springston, David Stair, Randy Stair, Stair's Valley High Farms, LLC, Greg Stull, Heidi Stull (f/k/a Heidi Tenebaum), William Richard Sykora, Kellyann Elizabeth Sykora, Andrew Teimourian, David E. Taggart, The Daniel B. Strickler Living Trust, The Geraldine O. Deckert Revocable Trust Created July 15, 2021, Douglas B. Tesdahl, Linda B. Tesdahl, Trust Created Under the Last Will and Testament of David S. Gaver, Paul Virtz, Catherine Virtz, Franklin Vleck, Jr., Vanessa Vleck, Wakefield Valley Acres, LLC, Wakefield Valley Manor, LLC, Jay Weinrich, Alicia Weinrich, James D. Werner, Elizabeth T. Werner, Darryl Eugene Whims, John Andrew

The Honorable Adam B. Abelson
November 20, 2025
Page 2

Whitfield, Roger Wright, and Loretta Wright (collectively, "Respondents") hereby submit this status report.

Respondents are currently appealing this Court's interlocutory ruling (ECF 156) (the "Preliminary Injunction") before the United States Court of Appeals for the Fourth Circuit. On October 31, 2025 the Fourth Circuit granted an unopposed motion that this case be held in abeyance pending a decision in *PSEG Renewable Transmission LLC v. Arentz Family, LP, et al.,* Case No. 25-1730.

Because the Preliminary Injunction is largely congruent with the final relief that PSEG seeks through its complaint as final relief, Respondents recommend that this matter be administratively stayed pending a decision by the Fourth Circuit on the merits of Respondents' appeals.

We are available at the Court's convenience if Your Honor has any questions concerning the above.

Respectfully submitted,

*/s/ David M. Wyand*
David M. Wyand (Fed. Bar No. 23413)
Harris W. Eisenstein (Fed. Bar No. 29694)
Lauren M. McLarney (Fed. Bar No. 20982)
Rosenberg Martin Greenberg, LLP
25 S. Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
dwyand@rosenbergmatin.com
heisenstein@rosenbergmartin.com
lmclarney@rosenbergmartin.com

*Attorneys for Respondents*